# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| QUENTIN M. PARKER and KATHERINE R. PARKER, husband and wife and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF WASHINGTON; WASHINGTON STATE PATROL; CARLOS RODRIGUEZ, in his individual and official capacities; KRISTI POHL, in her individual and official capacities; DARRELL NOYES, in his individual and official capacities; TRAVIS CALTON, in his individual and official capacities; MAURICE RINCON, in his individual and official capacities; WILLIAM STEEN, in his individual and official capacities; JAMES TAYLOR, in his individual and official capacities; CITY OF OLYMPIA, a municipality, AARON FICEK, in his individual and official capacities; OPERATION UNDERGROUND RAILOUND, INC., a foreign non-profit corporation, THURSTON COUNTY, a municipality and subdivision of the State of Washington, and SHAWN HORLACHER, former Thurston County Deputy Prosecutor, in his individual and official capacities; JOHN DOE AND JANE DOE 1-10, et.al.,<br><br>Defendants. | NO. 3:21-cv-5258<br><br>DECLARATION OF LORI NICOLAVO IN SUPPORT OF REMOVAL TO FEDERAL COURT |

DECLARATION OF LORI NICOLAVO IN SUPPORT OF REMOVAL TO FEDERAL COURT AND REGARDING DOCUMENTS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

I, Lori Nicolavo, hereby state and declare to the nest of my knowledge and belief:

1. I am an Assistant Attorney General, and I represent the State of Washington. Washington State Patrol (collectively "State"), and State employees Carlos Rodriguez, Kristl Pohl, Darrell Noyes, Travis Calton, Maurice Rincon, William Steen, and James Taylor who are also defendants in this matter in their personal and official capacities. I am over the age of 18, competent to testify as to the matters stated herein, and make this declaration based on my personal knowledge.

2. The State was served with Plaintiffs' Complaint in the above-entitled matter on March 25, 2021. Service on Carlos Rodriguez, Kristl Pohl, Darrell Noyes, Travis Calton, Maurice Rincon, William Steen, and James Taylor in their individual capacity has not been completed. These defendants anticipate working with Plaintiffs to effect this service.

3. The Complaint alleges, in part, that Plaintiff was deprived of his rights under the Fourth and Fourteenth Amendments to the United States Constitution. Plaintiffs seek relief under 42 USC § 1983.

4. All State Defendants including individuals Carlos Rodriguez, Kristl Pohl, Darrell Noyes, Travis Calton, Maurice Rincon, William Steen, and James Taylor consent to Removal to Federal Court.

5. I have conferred with counsel for all other named defendants and all are in agreement with removal to Federal Court.

6. Attached to the Notice of State Filed Court Documents, filed herewith, are true and correct copies of the documents in this matter filed with the Washington State Superior of

\
\
\
\

DECLARATION OF LORI NICOLAVO IN SUPPORT OF REMOVAL TO FEDERAL COURT AND REGARDING DOCUMENTS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

1 | Thurston County Cause No. 21-2-00214-34.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and accurate.

DATED this 8th day of April, 2021 in Tacoma, Washington.

/s/Lori Nicolavo
LORI A. NICOLAVO, WSBA NO. 30370

DECLARATION OF LORI NICOLAVO IN SUPPORT OF REMOVAL TO FEDERAL COURT AND REGARDING DOCUMENTS

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April 2021, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following. All parties below were sent a courtesy copy via email.

| **Attorneys for Plaintiff**<br>Harold Karlsvik<br>Harold Karlsvik P.S.<br>P.O. Box 292<br>South Bend, WA 98586<br>(360) 942-4612<br>hkarlsvik@comcast.net | **Attorneys for City of Olympia and Aaron Ficek**<br>John E. Justice<br>Law, Lyman, Daniel, Kammerrer & Bogdanovich, P.S<br>2674 R.W. Johnson Blvd.<br>Tumwater, WA 98512<br>jjustice@lldkb.com |
|---|---|
| **Attorney for Thurston County**<br>Donald R. Peters, Jr.<br>Thurston County Prosecutor's Office<br>2000 Lakeridge Dr. SW Bldg 2<br>Olympia, WA 98502-6045<br>petersr@co.thurston.wa.us | **Attorney for Operation Underground Railroad**<br>Clifford S. Davidson<br>Snell & Wilmer<br>2018 156th Ave NE, Suite 100<br>Bellevue, Washington 98007<br>csdavidson@swlaw.com |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 8th day of April, 2021 in Tacoma, Washington.

/s/Lori Nicolavo
LORI NICOLAVO, WSBA No. 30370
STEVE PUZ, WSBA No. 17407
Assistant Attorneys General

DECLARATION OF LORI NICOLAVO IN SUPPORT OF REMOVAL TO FEDERAL COURT AND REGARDING DOCUMENTS

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300