1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

QUENTIN M. PARKER and
KATHERINE R. PARKER, husband and
wife and the marital community thereof,

Plaintiffs,

v.

THE STATE OF WASHINGTON;
WASHINGTON STATE PATROL;
CARLOS RODRIGUEZ, in his individual and
official capacities; KRISTI POHL, in her
individual and official capacities; DARRELL
NOYES, in his individual and official
capacities; TRAVIS CALTON, in his
individual and official capacities; MAURICE
RINCON, in his individual and official
capacities; WILLIAM STEEN, in his
individual and official capacities; JAMES
TAYLOR, in his individual and official
capacities; CITY OF OLYMPIA, a
municipality, AARON FICEK, in his
individual and official capacities;
OPERATION UNDERGROUND
RAILOUND, INC., a foreign non-profit
corporation, THURSTON COUNTY, a
municipality and subdivision of the State of
Washington, and SHAWN HORLACHER,
former Thurston County Deputy Prosecutor,
in his individual and official capacities; JOHN
DOE AND JANE DOE 1-10, et.al.

Defendants.

NO. 3:21-cv-5258

NOTICE OF STATE FILED
COURT DOCUMENTS

NOTICE OF STATE FILED COURT
DOCUMENTS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Attached to this Notice, filed herewith, are true and correct copies of the documents filed in the Thurston County Superior Court Cause No. 21-2-00214-34 as of 11:00 a.m. on April 8, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

//

//

//

DATED this 8th day of April 2021.

ROBERT W. FERGUSON
Attorney General

/s/Lori Nicolavo
LORI A. NICOLAVO, WSBA No. 30370
STEVE PUZ, WSBA No. 17407
OID #91023
Assistant Attorneys General
Attorneys for Washington State Patrol
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 40126
(360)586-6300

NOTICE OF STATE FILED COURT
DOCUMENTS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on this 8th day of April, 2021, I caused to be electronically filed the

3

foregoing document with the Clerk of the Court using the CM/ECF system which will send

4

notification of such filing to the following. All parties below were sent a courtesy copy via email.

5

| **Attorneys for Plaintiff**<br>Harold Karlsvik<br>Harold Karlsvik P.S.<br>P.O. Box 292<br>South Bend, WA 98586<br>(360) 942-4612<br>hkarlsvik@comcast.net | **Attorneys for City of Olympia and Aaron Ficek**<br>John E. Justice<br>Law, Lyman, Daniel, Kammerrer & Bogdanovich, P.S<br>2674 R.W. Johnson Blvd.<br>Tumwater, WA 98512<br>jjustice@lldkb.com |
|---|---|
| **Attorney for Thurston County**<br>Donald R. Peters, Jr.<br>Thurston County Prosecutor's Office<br>2000 Lakeridge Dr. SW Bldg 2<br>Olympia, WA 98502-6045<br>petersr@co.thurston.wa.us | **Attorney for Operation Underground Railroad**<br>Clifford S. Davidson<br>Snell & Wilmer<br>2018 156th Ave NE, Suite 100<br>Bellevue, Washington 98007<br>csdavidson@swlaw.com |

6

7

8

9

10

11

12

13

14

I certify under penalty of perjury under the laws of the state of Washington that the

15

foregoing is true and correct.

16

17

DATED this 8th day of April, 2021 in Tacoma, Washington.

18

19

/s/Lori Nicolavo

20

LORI NICOLAVO, WSBA No. 30370
STEVE PUZ, WSBA No. 17407
Assistant Attorneys General

21

22

23

24

25

26

NOTICE OF STATE FILED COURT
DOCUMENTS

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

E-FILED
THURSTON COUNTY, WA
SUPERIOR COURT
02/16/2021 12:33:01 PM
Linda Myhre Enlow
Thurston County Clerk

_Thurston_ **CIVIL** COUNTY SUPERIOR COURT          21-2-00214-34
Case Information Cover Sheet (CICS)

**Case Number** _____ **Case Title** _Quentin Parker vs Washington State_
**Attorney Name** _Harold Karlsvik_ **Bar Membership Number** _23026_ _Patrol et al_
**Alternate Email Address:** _lKarlsvik@comcast.net_
(New Case Number will be Sent to this Email Address)

Please check one category that best describes this case for indexing purposes. Accurate case indexing not only saves time in docketing new cases, but helps in forecasting needed judicial resources. Cause of action definitions are listed on the back of this form. Thank you for your cooperation.

| | | | | | |
|---|---|---|---|---|---|
| ☐ | ABJ | Abstract of Judgment | ☐ | PRG | Property Damage – Gangs |
| ☐ | ALR | Administrative Law Review | ☐ | PRP | Property Damages |
| ☐ | ALRJT | Administrative Law Review–Jury Trial (L&I) | ☐ | QTI | Quiet Title |
| ☐ | CRP | Petition for Certificate of Restoration of Opportunity | ☐ | RDR | Relief from Duty to Register |
| ☐ | CHN | Non-Confidential Change of Name | ☐ | RFR | Restoration of Firearm Rights |
| ☐ | COL | Collection | ☐ | SDR | School District-Required Action Plan |
| ☐ | CON | Condemnation | ☐ | SPC | Seizure of Property-Commission of Crime |
| ☐ | COM | Commercial | ☐ | SPR | Seizure of Property-Resulting from Crime |
| ☐ | DOL | Appeal Licensing Revocation | ☐ | STK | Stalking Petition |
| ☐ | DVP | Domestic Violence | ☐ | SXP | Sexual Assault Protection |
| ☐ | EOM | Emancipation of Minor | ☐ | TAX | Employment Security Tax Warrant |
| ☐ | FJU | Foreign Judgment | ☐ | TAX | L & I Tax Warrant |
| ☐ | FOR | Foreclosure | ☐ | TAX | Licensing Tax Warrant |
| ☐ | FPO | Foreign Protection Order | ☐ | TAX | Revenue Tax Warrant |
| ☐ | HAR | Unlawful Harassment | ☐ | TMV | Tort – Motor Vehicle |
| ☐ | INJ | Injunction | ☐ | TRJ | Transcript of Judgment |
| ☐ | INT | Interpleader | ☒ | TTO | Tort – Other |
| ☐ | LCA | Lower Court Appeal – Civil | ☐ | TXF | Tax Foreclosure |
| ☐ | LCI | Lower Court Appeal – Infractions | ☐ | UND | Unlawful Detainer – Commercial |
| ☐ | LUPA | Land Use Petition Act | ☐ | UND | Unlawful Detainer – Residential |
| ☐ | MAL | Other Malpractice | ☐ | VAP | Vulnerable Adult Protection Order |
| ☐ | MED | Medical Malpractice | ☐ | VVT | Victims of Motor Vehicle Theft-Civil Action |
| ☐ | MHA | Malicious Harassment | ☐ | WDE | Wrongful Death |
| ☐ | MSC2 | Miscellaneous – Civil | ☐ | WHC | Writ of Habeas Corpus |
| ☐ | MST2 | Minor Settlement – Civil (No Guardianship) | ☐ | WMW | Miscellaneous Writs |
| ☐ | PCC | Petition for Civil Commitment (Sexual Predator) | ☐ | WRM | Writ of Mandamus |
| ☐ | PFA | Property Fairness Act | ☐ | WRR | Writ of Restitution |
| ☐ | PIN | Personal Injury | ☐ | WRV | Writ of Review |
| ☐ | PRA | Public Records Act | ☐ | XRP | Extreme Risk Protection Order |

**IF YOU CANNOT DETERMINE THE APPROPRIATE CATEGORY, PLEASE DESCRIBE THE CAUSE OF ACTION BELOW.**

_Malicious Prosecution, False Arrest, Unlawful Imprisonment_

**Please Note:  Public information in court files and pleadings may be posted on a public Web site.**

_Overcharge, Defamation, Slander, 1983 Civil Rights violation_

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

☐ EXPEDITE
☐ Hearing is set:
Date: _____
Time: _____
Judge/Calendar: _____

E-FILED
THURSTON COUNTY, WA
SUPERIOR COURT
02/16/2021 12:32:54 PM
Linda Myhre Enlow
Thurston County Clerk

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THURSTON COUNTY

QUENTIN M. PARKER and KATHERINE R.
PARKER, husband and wife and the marital
community thereof,

Plaintiffs,

vs.

THE STATE OF WASHINGTON;
WASHINGTON STATE PATROL; CARLOS
RODRIGUEZ, in his individual and official
capacities; KRISTI POHL, in her individual and
official capacities; DARRELL NOYES, in his
individual and official capacities; TRAVIS
CALTON, in his individual and official
capacities; MAURICE RINCON, in his individual
and official capacities; WILLIAM STEEN, in his
individual and official capacities; JAMES
TAYLOR, in his individual and official
capacities; CITY OF OLYMPIA, a municipality,
AARON FICEK, in his individual and official
capacities; OPERATION UNDERGROUND
RAILROUND, INC., a foreign non-profit
corporation, THURSTON COUNTY, a
municipality and subdivision of the State of
Washington, and SHAWN HORLACHER, former
Thurston County Deputy Prosecutor, in his
individual and official capacities; JOHN DOE
AND JANE DOE 1-10, et.al.

Defendants.

Case No:   21-2-00214-34

SUMMONS

SUMMONS -1

Harold Karlsvik, P.S.
Attorney at Law
P.O. Box 292
Olympia, WA 98586
1 (360) 942-4612

A lawsuit has been started against you in the above-entitled court by plaintiffs QUENTIN M. PARKER and KATHERINE R. PARKER.  Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense, in writing, and serve a copy upon the undersigned attorney for the plaintiff **within twenty (20) days** after the service of this summons, excluding the day of service, if served within the State of Washington **(or within 60 days after service of this summons, if served outside the State of Washington)**, or a default judgment may be entered against you without notice.  A default judgment is one where plaintiff is entitled to what she asks for because you have not responded.  If you serve a notice of appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

You may demand that the plaintiff file this lawsuit with the court.  If you do so, the demand must be in writing and must be served upon the plaintiff **within fourteen (14) days** after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

**DATED**   this _15th_ day of February, 2021.

HAROLD KARLSVIK, WSBA # 23026
Attorney for Plaintiff

SUMMONS -2

Harold Karlsvik, P.S.
Attorney at Law
P.O. Box 292
Olympia, WA 98586
1 (360) 942-4612

E-FILED
THURSTON COUNTY, WA
SUPERIOR COURT
02/16/2021 12:33:53 PM
Linda Myhre Enlow
Thurston County Clerk

☐ EXPEDITE
☐ Hearing is set:
Date: _____
Time: _____
Judge/Calendar: _____

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THURSTON COUNTY

QUENTIN M. PARKER and KATHERINE R.
PARKER, husband and wife and the marital
community thereof,

                    Plaintiffs,

    vs.

THE STATE OF WASHINGTON;
WASHINGTON STATE PATROL; CARLOS
RODRIGUEZ, in his individual and official
capacities; KRISTI POHL, in her individual and
official capacities; DARRELL NOYES, in his
individual and official capacities; TRAVIS
CALTON, in his individual and official
capacities; MAURICE RINCON, in his individual
and official capacities; WILLIAM STEEN, in his
individual and official capacities; JAMES
TAYLOR, in his individual and official
capacities; CITY OF OLYMPIA, a municipality,
AARON FICEK, in his individual and official
capacities; OPERATION UNDERGROUND
RAILROUND, INC., a foreign non-profit
corporation, THURSTON COUNTY, a
municipality and subdivision of the State of
Washington, and SHAWN HORLACHER, former
Thurston County Deputy Prosecutor, in his
individual and official capacities; JOHN DOE
AND JANE DOE 1-10, et.al.

                    Defendants.

Case No:   21-2-00214-34

COMPLAINT FOR DAMAGES

Complaint for Damages  1

Harold Karlsvik. P.S.
P.O. Box 292
South Bend, WA 98586
1 (360) 942-4612

**COMES NOW** the plaintiff, QUENTIN M. PARKER AND KATHERINE R. PARKER, husband and wife and the marital community composed thereof, by and through their attorney, HAROLD KARLSVIK, Attorney at Law, and for federal and state claims against the defendants, allege and complain as follows:

## I.   INTRODUCTION

1.1    Quentin M. Parker is a 32-year-old man who enlisted in the United States Army on/or about July 1, 2015. Mr. Parker's intent was to establish a lifelong career serving and protecting his country. At the time of these alleged cause of actions, Mr. Parker was an active-duty solider stationed at the Joint Base Lewis McChord in the State of Washington. Katherine Parker, his wife is his sole dependent.

1.2    The State of Washington allowed Washington State Patrol Detective(s) Carlos Rodriguez, Kristi Pohl, Darrell Noyes, Travis Calton, Maurice Rincon, William Steen, James, Taylor and other enforcement personnel to conduct rogue "Net Nanny" sting operations throughout the state under the Missing and Exploited Children's Task Force, hereafter (MECTF).

1.3    The Washington State Patrol task force (MECTF) partnered with Operation Underground Railroad, Inc., a private non-profit group anchored out of the State of Utah, conducting business throughout 25 states including Washington and the state of California.

1.4    Detective Sergeant Carlos Rodriguez, on the behalf of the Washington State Patrol and his (MECTF) team partnered with the Operation Underground Railroad, and other law enforcement agencies to run an unfettered operation of entrapping, arresting and maliciously prosecuting men, specifically Mr. Parker, throughout the state of Washington.

Complaint for Damages  2

1.5     Once these men were arrested, the Washington State Patrol, Detective Sergeant Rodriguez and the Operation Underground Railroad went on a public campaign to discredit and slander the accused by calling them "Dangerous Sexual Predators who targeted Children" prior to any convictions of the alleged crimes that were created in the minds of law enforcement.

1.6     The Washington State Patrol and the Operation Underground Railroad continued to post and/or leave slanderous statements posted about defendants even after several defendants were acquitted or cases were dismissed by county prosecutors.

1.7     Due to the actions of the defendants, Mr. Parker was arrested, charged, and maliciously prosecuted in Thurston County, Washington for seeking and responding to a social media ad offering the **legal activity of (DDLG)** a form of KINK, an acceptable alternative lifestyle among consenting adults.

1.8     All defendants knew or should have known that by allowing the Net Nanny Sting Operation to cast such a wide unchecked, unfettered "net" that innocent citizens of the State of Washington could and would be entrapped in their haste to boost the taskforce arrest numbers.

1.9     These bolstered arrest numbers were utilized for the benefit of the Washington State Patrol and their taskforce partners the Operation Underground Railroad, Inc., claiming to have saved children, in efforts to increase donor support and increase donor contributions.

1.10    Innocent citizens of the State of Washington have been misled by the effort of defendants to utilize the sound bite of "raping children" as a method to eliminate any fairness to the victims that were maliciously prosecuted, and their lives destroyed by the actions of all defendants.

//

Complaint for Damages  3

Harold Karlsvik, P.S.
P.O. Box 292
South Bend, WA 98586
1 (360) 942-4612

1.11   Mr. Parker was incarcerated in the Thurston County Jail, had his name posted in news releases, Washington State Patrol press release, Operation Underground Railroads' press release and online social media postings. His life and future are forever tainted and destroyed by the actions of all defendants.

## II. JURISDICTION

Plaintiffs realleges 1.1 through 1.11 and incorporates them herein by this reference.

2.1   The court has jurisdiction pursuant to RCW 2.08.010 because the plaintiff's demand exceeds $300.00.

2.2   The acts and omission given rise to the cause of action occurred in Thurston County, Washington.

2.3   Plaintiffs have filed the required tort claim for damages with defendant State of Washington, defendant Thurston County, and defendant City of Olympia.

2.4   Sixty, (60) days have elapsed since the plaintiff's filing of the above indicated claim notices in 2.3.

2.5   The jurisdiction of this Court over claims arising under 42 USC §1983 is based on Sintra, Inc. v. City of Seattle, 119 Wn.2d 1, 11, 829 P.2d 765 (2009) (Washington Courts have concurrent jurisdiction with federal courts to hear 42 USC §1983 claims).

## III. PARTIES

Plaintiffs realleges 1.1 through 2.5 and incorporates them herein by this reference.

3.1   Plaintiffs, Quentin M. Parker, and KatherineR. Parker are husband and wife, and reside within Pierce County, Washington.

//

Complaint for Damages  4

Harold Karlsvik. P.S.
P.O. Box 292
South Bend, WA 98586
1 (360) 942-4612

3.2     Defendant State of Washington is responsible for enforcing and defending the laws of the State of Washington including the Washington Constitution.

3.3     Defendant Carlos Rodriquez was at all times material to this Complaint an employee of the Washington State Patrol and resided in the State of Washington.

3.4     Defendant Kristi Pohl was at all times material to this Complaint an employee of the Washington State Patrol and resided in the State of Washington.

3.5     Defendant Darrell Noyes was at all times material to this Complaint an employee of the Washington State Patrol and resided in the State of Washington.

3.6     Defendant Travis Calton was at all times material to this Complaint an employee of the Washington State Patrol and resided in the State of Washington.

3.7     Defendant Maurice Rincon was at all times material to this Complaint an employee of the Washington State Patrol and resided in the State of Washington.

3.8     Defendant William Steen was at all times material to this Complaint an employee of the Washington State Patrol and resided in the State of Washington.

3.9     Defendant James Taylor was at all times material to this Complaint an employee of the Washington State Patrol and resided in the State of Washington.

3.10    Defendant Operation Underground Railroad, Inc. dba: Operation Underground Railroad at all times material to this Complaint partnered with the Washington State Patrol while conducting business as a Foreign Non-Profit in the State of Washington even after the required registration with the Washington Secretary of State had terminated. UBI No. 603-587-353 was inactive as of April 13, 2017.

//

Complaint for Damages  5

3.11    Defendant Operation Underground Railroad, Inc. dba: Operation Underground Railroad all times material to this Complaint registered with the California Secretary of State under Entity No. C3790974 as a Foreign Non-Profit listing its headquarters and principal office in the state of California.

3.12    Defendant Operation Underground Railroad, Inc. dba: "Underground Railroad Project, The" at all times material to this Complaint registered with the Utah Secretary of State under Entity No. 8791496-0140 as a Domestic Non-Profit.

3.13    At all times material to this Complaint, Defendant Operation Underground Railroad, et.al, its employees and/or agents were acting within the scope of their employment and for the benefit of the non-profit Operation Underground Railroad, Inc., Underground Railroad, and Underground Railroad Project, The.

3.14    Defendant Thurston County is a municipal corporation and subdivision of the State of Washington located.  At all times material to this Complaint, defendant Shawn Horlacher was an employee and/or agent of Thurston County acting within the scope of his employment as a Thurston County Deputy Prosecutor.

3.15    Defendant City of Olympia is a municipal corporation located in the Thurston County, Washington State.  At all times material to this Complaint, defendant Officer Aaron Ficek was an employee and/or agent of defendant City of Olympia, acting within the scope of his employment as a City of Olympia police officer.

3.16    Plaintiff alleges that at all times material to this Complaint, defendant State of Washington, defendant Thurston County, defendant Operation Underground, etal, and defendant City of Olympia, are vicariously liable for each of their employees.

Complaint for Damages  6

Harold Karlsvik. P.S.
P.O. Box 292
South Bend, WA 98586
1 (360) 942-4612

3.17   All acts alleged and complained of occurred in THURSTON COUNTY, within the Western District of Washington.

## IV.   FACTS

Plaintiffs realleges 1.1 through 3.17 and incorporates them herein by this reference.

4.1   Washington State Patrol Detective Sergeant (Sgt.) Carlos Rodriquez was the supervising detective of the Missing and Exploited Children's Task Force (MECTF).

4.2   The MECTF task force was created to provide back-up assistance to law enforcement agencies investigating sexual exploitation crimes against children.

4.3   Under the MECTF unit Detective Sergeant (Sgt.) Carlos Rodriquez created the Net Nanny Sting Operation with its first sting conducted in 2015 termed Net Nanny 1.

4.4   The Net Nanny sting operation utilized Washington State Patrol Detectives, Troopers and enlisted other law enforcement personnel from federal and local jurisdictions.

4.5   The undercover scheme was to create ads in adult social media websites by creating profiles of adult women to include their age and photographs to meet the terms and conditions of the social medial website.

4.6   The MECTF team would utilize creative trained techniques to evade the rules and walk a tight line between a ruse and all-out entrapment by luring unsuspecting men off the social media platform to private text messaging with an undercover officer.

4.7   This luring allowed the MECTF team to talk dirty and use suggestive language in effort to entrap men into saying and doing things that they might not otherwise say or do.

4.8   The primary focus was to increase arrest numbers under the selling "sound-bite" that the MECTF proactive sting operations were "***saving children from being raped***", but the reality

Complaint for Damages  7

Harold Karlsvik. P.S.
P.O. Box 292
South Bend, WA 98586
1 (360) 942-4612

was that the Washington State Patrol and their partnership with the Operation Underground

Railroad, Inc. et.al was increasing over-time income for law enforcement and playing on the tear

strings of Operation Underground Railroad, Inc's donors.

4.9    After each Net Nanny Sting Operation, the Washington State Patrol and Operation

Underground Railroad Inc., et.al would grab the airways and broadcast to the public and donors

about what a good job they had done arresting these men and saving these "fictious children" to

increase donations and fund more overtime for all involved law enforcement personnel.

4.10    In February 2019, Detective Sgt. Carlos Rodriquez, MECTF, and City of Olympia

Officer Aaron Ficek conducted Operation Net Nanny 15 utilizing the SKOUT social media

platform.

4.11    Detective Sgt. Rodriquez created a fictitious profile account under the username

"Rowdy Rhonda720". The profile advertisement indicated that she was interested in "men and

women."

4.12    The ad stated the following:

> "New in town. Single mom.  I have three girls to share.
> Looking for like-minded people that are into
> ddlg/incest/young taboo.  No curious wanted, Only
> serious. Young fun. Taboo".

4.13    According to the Urban Dictionary, "dd/lg" is defined as "Daddy Dom / Little Girl.

DDLG, or dd/lg, is a relationship in which one person is the caregiver or "daddy" and the other is

childlike. **It is NOT a relationship between an actual father and daughter or any minor**

**child.**

//

Complaint for Damages  8

Harold Karlsvik. P.S.
P.O. Box 292
South Bend, WA 98586
1 (360) 942-4612

4.14    DDLG is a sub-form of BDSM and KINK relationships that may or may not involve sex, but often involves play with child-like things, such as stuffed animals, bed-time stories, and spankings. The "lg" part of the relationship is often called the "little". A simple and quick internet search demonstrates that this is the preeminent definition of DDLG.

4.15    It is widely known in the DDLG, BDSM and KINK community that DDLG does not mean "daddy daughter little girl" and has absolutely nothing to do with sexual exploitation of children. DDLG stands for "daddy Dom little girl", which is a known role-playing experience among consenting adults.

4.16    Detective Sgt. Carlos Rodriguez was aware of this definition and alternative lifestyle prior to placing the "Rowdy Rhonda720" ad. He was aware that DDLG was a term used for lawful activity of DDLG within the KINK community in the State of Washington.

4.17    Detective Sgt. Carlos Rodriguez and Detective Kristi Pohl in an under compacity communicated with Mr. Parker in the SKOUT platform and private test messages utilizing terms and scenarios consistent with DDLG role play. Both Detectives had utilized similarly language in previous Net Nanny Sting Operations and knew that a person responding to the undercover ad may have a different understanding then the crime created in the mind of law enforcement.

4.18    During the State vs. Quentin Parker defense interview of Detective Sgt. Rodriguez stated and confirmed that he knew DDLG was legal in the state of Washington and did absolutely no follow-up to protect Mr. Parker from being wrongfully arrested and maliciously prosecuted.

4.19    On February 17, 2019, Defendant Quentin M. Parker responded to the SKOUT social media profile seeking to learn more about DDLG role playing between consenting adults. Mr.

Complaint for Damages  9

Parker responded to the ad created and posted by Detective Sgt. Carlos Rodriguez. Mr. Parker's SKOUT profile page states that he is interested in "women" and he was looking for "friends, flirting, fun and chat." Mr. Parker continued to text with Detective Kristi Pohl.

4.20   Detective Sgt. Rodriguez admitted that he had erased all but the last SKOUT messages between himself and Mr. Parker during an active criminal investigation. He did not include this information in his written report in State vs. Quentin Parker.

4.21   Detective Sgt. Rodriguez claimed to have no recollection of the substance of the missing conversations. He further stated that he had told Detective Pohl that he had deleted the messages, but when Detective Pohl was interviewed, she made no such assertion.

4.22   Detective Sgt. Rodriguez stated that Mr. Parker's criminal case was not the only Net Nanny Sting Operation case where he had deleted text message communications.

4.23   Mr. Parker agreed to meet with RowdyRhonda 720, who he believed to be engaging in DDLG with an adult female and other adult female in a role playing and safe environment.

4.24   Instead, when Mr. Parker reached the location of the residence, he was invited into the house only to be greeted with excessive force by Washington State Patrol Trooper Travis Calton, Trooper Maurice Rincon, Trooper William Steen, and Trooper James Taylor of the arrest team. The arrest team was heavily armed and dressed as a swat or armed forces team with multiple guns and lights pointed directly at Mr. Parker.

4.25   Mr. Parker was arrested and taken to a Washington State Patrol office and interrogated for almost (3) hours by Washington State Patrol Detective Darrell Noyes, and City of Olympia Officer Aaron Ficek.

Complaint for Damages  10

Harold Karlsvik. P.S.
P.O. Box 292
South Bend, WA 98586
1 (360) 942-4612

4.26   During the audio and video recorded interrogation, Mr. Parker repeatedly told both Detective Noyes and Officer Ficek that he was responding to an advertisement profile for DDLG and that it pertained to all consenting adult role playing a form of age regression and no actual children were involved.

4.27   Mr. Parker even was able to get both Detective Noyes and Officer Ficek to look up the term DDLG and they confirmed that the "urban dictionary" was consistent with what Mr. Parker had been telling them throughout out the entire interrogation.

4.28   Detective Noyes and Officer Ficek knew that they did not have probable cause to arrest Mr. Parker, and they did absolutely nothing to protect Mr. Parker from being falsely arrested and maliciously prosecuted.  They knew he was innocent but did nothing to make sure that Mr. Parker was not wrongfully caught within the wide Net Nanny Net cast by the Washington State Patrol, Detective Sgt. Carlos Rodriguez, and MECTF.

4.29   Mr. Parker was arrested and charged in Thurston County Superior court with Attempted Rape of a Child in the First Degree (2 counts) and one count of attempted Rape of a Child in the Second Degree.

4.30   The Washington State Patrol investigative reports presented to the Thurston County Prosecutor's office were untruthful, excluded exculpatory evidence and violated Washington State Patrol written policy.

4.31   Former Thurston County Deputy Prosecutor Shawn Horlacher declared under penalty of perjury in the probable cause statement that he personally had read all of the police reports regarding the alleged charges against Mr. Parker.

Complaint for Damages  11

Harold Karlsvik. P.S.
P.O. Box 292
South Bend, WA 98586
1 (360) 942-4612

4.32    Deputy Prosecutor Shawn Horlacher had a duty and obligation to make an independent judgment based upon the case facts.

4.33    Deputy Prosecutor Shawn Horlacher either was untruthful and did not read the police reports prior to charging Mr. Parker, or he intentional or negligently failed to investigate into the fact that the Washington State Patrol **advertised DDLG which is legal in Washington State** and Mr. Parker responded and showed up for DDLG among consenting adults and therefore no probable cause existed to charge Mr. Parker with any crime.

4.34    Once Mr. Parker was arrested, the Washington State Patrol, Detective Sergeant Rodriguez and the Operation Underground Railroad went on a public campaign to discredit and slander his name by calling Mr. Parker a "Dangerous Sexual Predators who targeted Children" prior to Mr. Parker being adjudicated through the courts with a conviction.

4.35    The Washington State Patrol and the Operation Underground Railroad continue to as of the date of the filing of this Complaint have slanderous statements posted about Mr. Parker being a Dangerous Sexual Predator who targeted Children even though all charges against him were later dismissed by the Thurston County Prosecuting Attorney's Office.

## V.    FIRST CLAIM FOR RELIEF
### (42 U.S.C. § 1983--Illegal Seizure and Arrest and Monell claims)

Plaintiffs realleges 1.1 through 4.35 and incorporates them herein by this reference.

5.1.    Plaintiff Quentin Parker has been deprived of his right to be free from illegal searches and seizures, in violation of the Fourth Amendment of the United States Constitution, under color of state law, in violation of 42 U.S.C. § 1983.  The Defendants Carlos Rodriguez, Kristi Pohl, Darrell Noyes, Travis Calton, Maurice Ricon, William Steen, James Taylor, and Aaron

Complaint for Damages  12

Ficek actions toward Mr. Quentin Parker violated Mr. Parker's constitutional rights guaranteed against state incursion by the Fourth and Fourteenth Amendments of the United States Constitution due to the unreasonable seizure of his person.

5.2     The misconduct described in this Count was objectively unreasonable and undertaken with willfulness and reckless indifference to the rights of others for which an award of punitive damages is warranted.

5.3     At all times herein mentioned, the City of Olympia had a mandatory duty of care to hire properly and adequately, train, retain, supervise, and discipline officer Aaron Ficek so as to avoid unreasonable risk of harm to its citizens.  With deliberate indifference, the City of Olympia failed to take necessary, proper, or adequate measures in order to prevent the violation of Plaintiff's rights.  Officer Ficek, whose conduct is described above did not know what constitutes probable cause to arrest a citizen because of inadequate training.

5.4   By virtue of the facts set forth above, and as a result of its policies, practices, customs, and usages, the city of Olympia caused Mr. Parker to be deprived of rights guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution, specifically the rights to be free from unreasonable seizures of his person and excessive force.

## VI.  SECOND CLAIM FOR RELIEF
### (42 United States Code §1983 -- Unnecessary Force)

Plaintiffs realleges 1.1 through 5.4 and incorporates them herein by this reference.

6.1     The actions of defendants Washington State Patrol Troopers Travis Calton, Maurice Rincon, William Steen and James Taylor and each of them in pointing their guns at Plaintiff Quentin Parker and in threatening to shoot Mr. Parker deprived him of his constitutional right to

Complaint for Damages  13

Harold Karlsvik. P.S.
P.O. Box 292
South Bend, WA 98586
1 (360) 942-4612

be free from summary punishment and excessive force and deprived him of his Fourth Amendment rights, under color of state law and in violation of 42 USC §1983.

6.2    Defendants and each of them subjected Plaintiff Quentin Parker to such deprivations by malice and/or a reckless and conscious disregard of plaintiffs' statutory and constitutional rights for which an award of punitive damages is warranted.

6.3    The direct and proximate result of each defendants' acts is that plaintiff has been forced to endure physical pain and suffering, mental suffering, and emotional distress, and has had to incur medical and legal expenses.  The conduct of each individually named and/or unidentified officer was done in reckless and conscious disregard of the pain and suffering it was bound to inflict upon Plaintiffs for which an award of punitive damages is mandated against each individual officer.

## VII.  THIRD CLAIM FOR RELIEF
### (42 United States Code §1983 -- Failure to Prevent Civil Rights Violation)

Plaintiffs realleges 1.1 through 6.3 and incorporates them herein by this reference.

7.1    The actions of defendant Washington State Patrol Troopers Travis Calton, Maurice Rincon, William Steen and James Taylor  and each of them in watching their fellow officers use unreasonable force against Plaintiff and having the opportunity to intervene to prevent the violation of plaintiff's constitutional rights, and failing to attempt to stop it, deprived Plaintiff of his constitutional right to be free from the use of excessive force and freedom from summary punishment, under color of state law and in violation of 42 USC §1983.

7.2    Defendants and each of them, subjected Plaintiff to such deprivation by malice and/or a reckless and conscious disregard of his rights.

Complaint for Damages  14

Harold Karlsvik. P.S.
P.O. Box 292
South Bend, WA 98586
1 (360) 942-4612

7.3    The direct and proximate result of each defendant's acts is that Plaintiff has been forced to endure physical pain and suffering, mental suffering and emotional distress, and was deprived of his physical liberty and has had to incur medical and legal expenses. The conduct of defendant officers, and each of them, was done in reckless and conscious disregard of the pain and suffering their fellow officers were inflicting upon plaintiff, for which an award of punitive damages is mandated against each individually named officer.

## VIII.  FOURTH CLAIM FOR RELIEF
### (42 United States Code §1983 -- Judicial Deception)

Plaintiffs realleges 1.1 through 7.3 and incorporates them herein by this reference.

8.1    Defendants Detective Sgt. Carlos Rodriguez, Detective Kristi Pohl, Trooper Travis Calton, Maurice Rincon, William Steen and James Taylor made deliberate falsehoods and acted with disregard for the truth in submitting official sworn reports to the Thurston County Prosecuting Attorney.

8.2    Detective Sgt. Carlos Rodriguez, Detective Kristi Pohl, Trooper Travis Calton, Maurice Rincon, William Steen and James Taylor acts establish that, but for the dishonesty and omissions in their reports, the criminal charges against Plaintiff Quentin Parker would not have occurred.

8.3    Detective Sgt. Carlos Rodriguez, Detective Kristi Pohl, Trooper Travis Calton, Maurice Rincon, William Steen and James Taylor acts violated Quentin Parker's rights protected by United States Constitution, acting under color of state law and in violation of 42 USC §1983.

8.4    As a direct and proximate result of the acts of defendants as complained of herein, Plaintiff suffered great and grievous emotional anguish and loss of freedom and liberty and continues to suffer emotional anguish. Plaintiffs incurred legal expenses in defending against the prosecution and in obtaining his freedom in amount to be proven at trial.

Complaint for Damages  15

# IX. FIFTH CLAIM FOR RELIEF

## (State Law Claim -- Malicious Prosecution)

Plaintiffs realleges 1.1 through 8.4 and incorporates them herein by this reference.

9.1     Said prosecution of the Plaintiff Quentin Parker was instituted by defendants without probable cause for the institution or continuation of the proceedings. The facts observed by defendants prior to arresting Plaintiff and the matters known to defendants before the instituting of the aforementioned prosecution would not have warranted a reasonable person to believe that any criminal offense had been committed by Plaintiff.

9.2     The proceedings were instituted and continued through malice and were abandoned by the State.

9.3     Detective Sgt. Carlos Rodriguez, Detective Kristi Pohl, Trooper Travis Calton, Maurice Rincon, William Steen and James Taylor acted with malice in drafting and false joint certifying official police reports which they knew to be false, incomplete and containing misleading information. All defendants acted with implied malice by arresting Plaintiff without probable cause.

9.4     By reason of the above, Plaintiffs have been brought into public scandal, disrepute and disgrace, and their ability to function properly has been greatly hindered, causing them to suffer emotional trauma and harm.

9.5     As a direct and proximate result of the acts of defendants as complained of herein, Plaintiff suffered great and grievous emotional anguish and loss of freedom and liberty and continues to suffer emotional anguish.  Plaintiffs incurred legal expenses in defending against the prosecution and in obtaining his freedom in amount to be proven at trial.

Complaint for Damages  16

Harold Karlsvik. P.S.
P.O. Box 292
South Bend, WA 98586
1 (360) 942-4612

# X. SIXTH CLAIM FOR RELIEF

## (State Law Claim -- Intentional Infliction of Emotional Distress (Outrage))

Plaintiffs realleges 1.1 through 9.5 and incorporates them herein by this reference.

10.1.   The defendants' conduct was intentional, extreme, and outrageous, and caused Plaintiffs severe emotional distress.

10.2   Defendants' actions and material omissions intentionally and recklessly inflicted distress on Plaintiffs, and caused severe emotional distress.

10.3   Defendants' conduct was extreme and outrageous, and the distress inflicted upon plaintiffs was so severe that no reasonable person could be expected to endure it.

10.4   Defendants' behavior was so outrageous in character, and so extreme in degree, as to go beyond all possible bounds of decency, and is atrocious and utterly intolerable in a civilized society.

10.5   As a direct and proximate result of the acts of defendants as complained of herein, Plaintiff suffered great and grievous emotional anguish and loss of freedom and liberty and continues to suffer emotional anguish.  Plaintiffs incurred legal expenses in defending against the prosecution and in obtaining his freedom in amount to be proven at trial.

# XI. SEVENTH CLAIM FOR RELIEF

## (State Law Claim -- Negligent Infliction of Emotional Distress)

Plaintiffs realleges 1.1 through 10.5 and incorporates them herein by this reference.

11.1.   Defendants negligently inflicted emotional distress upon Plaintiffs by breaching duties owed to Plaintiffs, and such breaches proximately causing Plaintiffs harm and injury in the form of emotional distress.

Complaint for Damages  17

Harold Karlsvik. P.S.
P.O. Box 292
South Bend, WA 98586
1 (360) 942-4612

11.2.   The emotional distress proximately caused by Defendants and suffered by Plaintiffs is within the scope of foreseeable harm of Defendants' negligent conduct.

11.3.   The distress suffered by Plaintiffs is a reasonable reaction given the circumstances presented herein.

11.4   Plaintiffs has manifested objective symptomology of the emotional distress suffered as a proximate result of the conduct, actions, and material omissions by Defendants.

11.5   As a direct and proximate result of the acts of defendants as complained of herein, Plaintiff suffered great and grievous emotional anguish and loss of freedom and liberty and continues to suffer emotional anguish.  Plaintiffs incurred legal expenses in defending against the prosecution and in obtaining his freedom in amount to be proven at trial.

## XII. EIGHT CLAIM FOR RELIEF
### (State Law Claim -- False Arrest)

Plaintiffs realleges 1.1 through 11.5 and incorporates them herein by this reference.

12.1    Defendants caused Mr. Parker to be unlawfully restrained and imprisoned.

12.2.   Defendants unlawfully violated Mr. Parker's right of personal liberty.

12.3    Mr. Parker was restrained, imprisoned, and deprived of his liberty and freedom to remain in the place of his lawful choice.

12.4    Defendants participated in the unlawful arrest.  Defendants procured and instigated the unlawful arrest and detention of Mr. Parker and did so by taking an active part in bringing about the unlawful arrest and detention of Mr. Parker by affirmative direction, persuasion, request, and voluntary participation.

12.5 The actions and material omissions by Defendants, and each of them, directly and proximately caused injury and damages to Mr. Parker in an amount to be proved at trial.

Complaint for Damages  18

## XIII.   NINTH CLAIM FOR RELIEF

### (State Law Claim -- Negligence)

Plaintiffs realleges 1.1 through 12.5 and incorporates them herein by this reference.

13.1 Defendants had a duty to ensure that Mr. Parker's constitutional rights were not violated and that he was not injured by their investigation and prosecution efforts, and any reports or other discovery was valid, did not contain false information, and did not omit material information, to include potential exculpatory evidence.

13.2   Defendants had a duty to ensure that the police reports being executed were valid, did not contain false information, and did not omit material information.

13.3   Defendant's breached their duties owed to plaintiffs.

13.4   The actions and material omissions by Defendants, and each of them, directly and proximately caused injury and damages to plaintiffs in an amount to be proved at trial.

## XIV. TENTH CLAIM FOR RELIEF

### (State Law Claim -- Defamation)

Plaintiffs realleges 1.1 through 13.4 and incorporates them herein by this reference.

14.1   Defendants Washington State Patrol, Detective Sgt. Rodriguez, and Defendant Operation Underground Railroad, et.al., posted press releases on their individual web pages. The press releases listed Plaintiff Quentin Parker by name and referred to him as a "Dangerous Sexual Predators who targeted Children".

14.2. The press release at issue contained false statements, was an unprivileged communication, was the fault of Defendant's Washington State Patrol, Rodriguez and Operation Underground Railroad, et.al., and was the proximate cause of plaintiffs' damages.

Complaint for Damages  19

Harold Karlsvik. P.S.
P.O. Box 292
South Bend, WA 98586
1 (360) 942-4612

14.3   The slanderous press releases by Defendants Washington State Patrol and Operation Underground Railroad was seen by staff at the Madigan Army Medical Center causing Dr. Ryan Heitman, DO to suspend the fertility treatments that plaintiffs were undergoing.

14.4   The slanderous press release and public posting by Defendants Washington State Patrol and Operation Underground Railroad was seen by Jessica Benedetto who in returned on February 21, 2019 at 8:41 pm sent a hateful and harassing Facebook message to plaintiff Katherine Parker.

14.5   As a proximate cause of defendants' actions Plaintiffs' reputation has been destroyed by the press releases and has caused emotional distress in an amount to prove at trial.

## XV. ELEVENTH CLAIM FOR RELIEF
### (State Law Claim -- Abuse of Process)

Plaintiffs realleges 1.1 through 14.5 and incorporates them herein by this reference.

15.1   Defendants, and each of them, misused and misapplied a legal process for an end which the process was not designed to accomplish.

15.2   Defendants' misuse and misapplication of legal processes was done maliciously and for a collateral objective, and with an ulterior purpose to cause the unlawful and unreasonable arrest, imprisonment and prosecution of Mr. Parker, and to violate his constitutional rights.

15.3   Defendants had an ulterior purpose to accomplish an object not within the proper scope of legal process and committed acts and material omissions in the use of legal process not proper in the regular prosecution of the proceedings.

15.4   Defendants misused the judicial system's process to achieve an inappropriate end causing harm and injury to Mr. Parker, and violate his federal rights, to include unreasonable and unlawful arrest and imprisonment, harassment and coercion.

Complaint for Damages  20

Harold Karlsvik. P.S.
P.O. Box 292
South Bend, WA 98586
1 (360) 942-4612

15.5  The actions and material omissions by Defendants, and each of them, directly and proximately caused injury and damages to Mr. Parker in an amount to be proved at the time of trial.

## XVII.  PRAYER FOR RELIEF

**WHEREFORE**, plaintiff prays that the Court:

1.  Compensatory damages;

2.  Punitive damages from the individual defendants on Plaintiffs' claims under 42 U.S.C. section 1983;

3.  Costs, including reasonable attorneys' fees under 42 U.S.C. section 988 and to the extent otherwise permitted by law;

4.  Such other relief as may be just and equitable.

5.  Award actual, special, compensatory, and general damages to plaintiffs;

6.  Order punitive damages against the individual defendants, all of whom are being sued in their individual capacities as well as their official capacities;

7.  Award attorney's fees and costs to the prevailing plaintiff; and

For such other and further relief as is just and equitable.

**DATED**  this _15th_ day of February, 2021.

HAROLD KARLSVIK, WSBA # 23026
Attorney for Plaintiff

Complaint for Damages  21

Harold Karlsvik. P.S.
P.O. Box 292
South Bend, WA 98586
1 (360) 942-4612

## VERIFICATION

I, **Quentin M. Parker** plaintiff above named, being duly sworn, say as follows:

I have read the foregoing complaint and know the contents thereof, and the same is true of my own knowledge.

**DATED** this 15 day of February 2021.

Quentin M. Parker

## VERIFICATION

I, **Katherine R. Parker** plaintiff above named, being duly sworn, say as follows:

I have read the foregoing complaint and know the contents thereof, and the same is true of my own knowledge.

**DATED** this 15 day of February 2021.

Katherine R. Parker

Complaint for Damages  22

| SUPERIOR COURT OF WASHINGTON<br>IN AND FOR THURSTON COUNTY | |
|---|---|
| QUENTIN M PARKER ET AL<br><br>VS<br><br>STATE OF WASHINGTON ET AL | No. <u>21-2-00214-34</u><br>**NOTICE OF ASSIGNMENT AND NOTICE OF<br>TRIAL SETTING DATE** |

TO:     THURSTON COUNTY CLERK
        ATTORNEYS/LITIGANTS

PLEASE TAKE NOTICE:

1.   That the above-noted case number is assigned to: **The Honorable <u>Erik D Price</u>**

2.   That the trial setting date for this case is: **June 18, 2021**

> **Do not come to court on the trial scheduling date.** Do not call or e-mail the court. Instead, file a scheduling questionnaire and serve it on the other parties. The questionnaire is attached to this notice. Review Local Court Rule 40 for more information about scheduling.

3.   **Plaintiff**: You must serve both this notice and a <u>blank</u> scheduling questionnaire 14 days prior to the trial setting date.  If there is no proof of service, the court will not issue a case scheduling order.  You must file a <u>completed</u> scheduling questionnaire 5 court days prior to the trial setting date.

4.   **All Other Parties**:  You must file and serve a completed scheduling questionnaire 2 court days prior to the trial setting date.  Joint submissions by both parties are also accepted on this date.

5.   Failure to timely submit a scheduling questionnaire shall not be grounds to delay issuing a case schedule order, and it shall not be grounds to continue the trial unless good cause is demonstrated.

6.   The court will not issue a case schedule order unless the case is ready to be scheduled.  "Readiness" for scheduling is explained in Local Court Rule 40, which is available on the court's web site and in law libraries.

7.   Parties can obtain an earlier trial scheduling date by filing and serving a notice of issue form.

Dated on this the 16th day of February, 2021.

Hearing date: _____

Hearing time: _____

Judge/Calendar: _____

| SUPERIOR COURT OF WASHINGTON |
| --- |
| **IN AND FOR THURSTON COUNTY** |

QUENTIN M PARKER ET AL

VS

STATE OF WASHINGTON ET AL

No. <u>21-2-00214-34</u>

**SCHEDULING QUESTIONNAIRE SUBMITTED BY:**

☐ Plaintiff/Petitioner/Appellant
    (file 5 court days before trial setting)
☐ Defendant/Respondent
    (file 2 court days before trial setting)
☐ Joint Submission or ☐ Other Party: _____
    (file 2 court days before trial setting)

**See Local Court Rule 40 to learn how the court schedules cases.**

1.  Will this be a [  ] bench trial, [  ] jury trial, or [  ] appeal from lower court or agency?

    **Note:** Jury demands must be filed separately and are due by the trial setting date under CR 38(b).

2.  What type of case is this (for example, contract, tort)? _____

3.  What is the trial setting date for this case? _____

4.  How long do you estimate the trial or final hearing will take? _____ hours **or** _____ days.

5.  If this is an appeal, has the appellate record (including any transcript) been delivered to the court clerk, or is there a separate certification that the record at this court is complete? [  ] Yes  [  ] No

6.  Have all of the defendants or respondents been served? [  ] Yes  [  ] No

7.  When do you anticipate this case will be ready for trial? _____
_____

8.  When are you **unavailable** for trial in the next 20 - 36 months? (attach unavailable dates).

9.  Is this case subject to civil arbitration? [  ] Yes  [  ] No  [  ] Don't know

10.  Should this case be scheduled as a priority or does this case require special management by the judge? [  ] No  [  ] Yes (explain): _____

**Date:** _____

| | |
| --- | --- |
| SIGNED/Bar No.: _____ | SIGNED/Bar No: _____ |
| Name:_____ | Name: _____ |
| Address:_____ | Address:_____ |
| City/State/Zip:_____ | City/State/Zip:_____ |
| Telephone No:_____ | Telephone No. _____ |
| E-mail address:_____ | E-mail address:_____ |

SCHEDULING QUESTIONNAIRE

THURSTON COUNTY SUPERIOR COURT
2000 LAKERIDGE DR SW
OLYMPIA WA 98502

E-FILED
THURSTON COUNTY, WA
SUPERIOR COURT
03/18/2021 1:59:14 PM
Linda Myhre Enlow
Thurston County Clerk

❑ **EXPEDITE**
❑ **Hearing is set:**
**Date:** _____
**Time:** _____
**Judge/Calendar:** _____

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF THURSTON

QUENTIN M. PARKER and KATHERINE R. PARKER, husband and wife and the marital community thereof,

                  Plaintiffs,

vs.

THE STATE OF WASHINGTON; WASHINGTON STATE PATROL; CARLOS RODRIGUEZ, in his individual and official capacities; KRISTI POHL, in her individual and official capacities; DARRELL NOYES, in his individual and official capacities; TRAVIS CALTON, in his individual and official capacities; MAURICE RINCON, in his individual and official capacities; WILLIAM STEEN, in his individual and official capacities; JAMES TAYLOR, in his individual and official capacities; CITY OF OLYMPIA, a municipality, AARON FICEK, in his individual and official capacities; OPERATION UNDERGROUND RAILROUND, INC., a foreign non-profit corporation, THURSTON COUNTY, a municipality and subdivision of the State of Washington, and SHAWN HORLACHER, a former Thurston County Deputy Prosecutor, in his individual and official capacities; JOHN DOE AND JANE JOE 1-10, et al.

                  Defendants.

NO.  21-2-00214-34

**NOTICE OF APPEARANCE**

TO:        QUENTIN M. PARKER and KATHERINE R. PARKER, Plaintiffs

TO:        HAROLD KARLSVIK, Plaintiffs Attorney

AND TO:        THE CLERK OF THE ABOVE-ENTITLED COURT

**NOTICE OF APPEARANCE – 1**
**Cause No.:  21-2-00214-34**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

NOTICE IS HEREBY GIVEN that John E. Justice of Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S. hereby makes his appearance for and on behalf of defendant City of Olympia and Aaron Ficek and requests that all further notices and pleadings, except original process, be served upon said defendants and its attorney at the address stated below.

Dated this 18th day of March, 2021.

LAW, LYMAN, DANIEL, KAMERRER
& BOGDANOVICH, P.S.

/s/ John E. Justice

_____
John E. Justice, WSBA No. 23042
Attorney for Defendant City of Olympia
and Aaron Ficek
P.O. Box 11880, Olympia, WA 98508
Phone:  (360) 754-3480 Fax: 360-754-3480
Email: jjustice@lldkb.com

### CERTIFICATE OF FILING AND SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on this date, I caused to be electronically filed the foregoing document, and this Certificate of Filing & Service, and have mailed a copy of this filing to the following party via First Class U.S. Mail:

**Plaintiffs Attorney:**

Harold Karlsvik
Harold Karlsvik P.S.
P.O. Box 292
South Bend, WA 98586

DATED this 18th day of March, 2021 at Tumwater, WA.

/s/ Tam Truong

_____
Tam Truong
Assistant to John E. Justice

**NOTICE OF APPEARANCE – 2**
**Cause No.:  21-2-00214-34**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

☐ EXPEDITE
☐ Hearing is set:
Date: _____
Time: _____
Judge/Calendar: _____

E-FILED
THURSTON COUNTY, WA
SUPERIOR COURT
03/26/2021 8:01:40 AM
Linda Myhre Enlow
Thurston County Clerk

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THURSTON COUNTY

QUENTIN M. PARKER and KATHERINE R.
PARKER, husband and wife and the marital
community thereof,

                    Plaintiffs,

        vs.

THE STATE OF WASHINGTON;
WASHINGTON STATE PATROL; CARLOS
RODRIGUEZ, in his individual and official
capacities; KRISTI POHL, in her individual and
official capacities; DARRELL NOYES, in his
individual and official capacities; TRAVIS
CALTON, in his individual and official
capacities; MAURICE RINCON, in his individual
and official capacities; WILLIAM STEEN, in his
individual and official capacities; JAMES
TAYLOR, in his individual and official
capacities; CITY OF OLYMPIA, a municipality,
AARON FICEK, in his individual and official
capacities; OPERATION UNDERGROUND
RAILROUND, INC., a foreign non-profit
corporation, THURSTON COUNTY, a
municipality and subdivision of the State of
Washington, and SHAWN HORLACHER, former
Thurston County Deputy Prosecutor, in his
individual and official capacities; JOHN DOE
AND JANE DOE 1-10, et.al.

                    Defendants.

Case No: 21-2-00214-34

DECLARATION OF SERVICE

DECLARTION OF SERVICE -1

Harold Karlsvik, P.S.
Attorney at Law
P.O. Box 292
Olympia, WA 98586
1 (360) 942-4612

## DECLARATION OF SERIVCE

I, Franklin D.R. Wilson, hereby declare as follows:

I am over the age of eighteen years and not a party to this action. That I have been a paralegal and licensed private investigator in the state of Washington since August of 2000, (20.7 years). That I have assisted defense and plaintiff counsel with over 1000 criminal, family law, and personal injury cases. That as a licensed private investigator in the State of Washington pursuant to RCW 18.180.010, I am authorized to serve legal process.

On the 25th day of March 2021 at approximately 1:57 pm, I traveled to the CT Corporation System located at 711 Capitol Way, Olympia, Washington 98501, C.T. Corporation is listed as the registered agent for Defendant (OUR) Underground Railroad, UBI #603-587-353.

I and personally served (2) sets of true and correct copies of: (1.) Summons, Complaint for Damages, Thurston County Superior Court Civil cover sheet, Notice of Assignment and Notice of Trial Setting Date, and Scheduling Questionnaire upon Defendant (OUR) by personally delivering the above reference documents to CT Corporation by being let into the locked building by "James" an employee of CT Corporation and instructed to sign-in on a clip board and deposit the legal documents into a drop-box. I followed these instructions and completed my service of process up CT Corporation the registered agent for Defendant (OUR).

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

3/25/2021 Olympia WA
Date and Place of Signing

FRANKLIN D.R. WILSON

DECLARTION OF SERVICE -2

Harold Karlsvik, P.S.
Attorney at Law
P.O. Box 292
Olympia, WA 98586
1 (360) 942-4612

E-FILED
THURSTON COUNTY, WA
SUPERIOR COURT
03/26/2021 8:01:41 AM
Linda Myhre Enlow
Thurston County Clerk

1

☐ EXPEDITE
☐ Hearing is set:
Date: _____
Time: _____
Judge/Calendar: _____

2

3

4

5

6        IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
              IN AND FOR THURSTON COUNTY

7

8    QUENTIN M. PARKER and KATHERINE R.
     PARKER, husband and wife and the marital
9    community thereof,

10                          Plaintiffs,              Case No: 21-2-00214-34

11           vs.                                     DECLARATION OF SERVICE

12   THE STATE OF WASHINGTON;
     WASHINGTON STATE PATROL; CARLOS
13   RODRIGUEZ, in his individual and official
     capacities; KRISTI POHL, in her individual and
14   official capacities; DARRELL NOYES, in his
     individual and official capacities; TRAVIS
15   CALTON, in his individual and official
     capacities; MAURICE RINCON, in his individual
16   and official capacities; WILLIAM STEEN, in his
     individual and official capacities; JAMES
17   TAYLOR, in his individual and official
     capacities; CITY OF OLYMPIA, a municipality,
18   AARON FICEK, in his individual and official
     capacities; OPERATION UNDERGROUND
19   RAILROUND, INC., a foreign non-profit
     corporation, THURSTON COUNTY, a
20   municipality and subdivision of the State of
     Washington, and SHAWN HORLACHER, former
21   Thurston County Deputy Prosecutor, in his
     individual and official capacities; JOHN DOE
22   AND JANE DOE 1-10, et.al.
23

24                          Defendants.

25

26   DECLARTION OF SERVICE -1

                                                     Harold Karlsvik, P.S.
                                                     Attorney at Law
                                                     P.O. Box 292
                                                     Olympia, WA 98586
                                                     1 (360) 942-4612

## DECLARATION OF SERIVCE

I, Franklin D.R. Wilson, hereby declare as follows:

I am over the age of eighteen years and not a party to this action. That I have been a paralegal and licensed private investigator in the state of Washington since August of 2000, (20.7 years). That I have assisted defense and plaintiff counsel with over 1000 criminal, family law, and personal injury cases. That as a licensed private investigator in the State of Washington pursuant to RCW 18.180.010, I am authorized to serve legal process.

On the 24th day of March 2021 at approximately 6:30 pm, consistent with the July 24, 2020 extension of the Governor's "Safe Start Phased Reopening" plan, through electronic email service to serviceATG@atg.wa.gov, Per the above, legal documents filed after 5 pm on May 24, 2021 are deemed to be served on the next business day, **(03/25/2021).** I personally served a set of true and correct copies of: (1.) Summons, Complaint for Damages, Thurston County Superior Court Civil cover sheet, Notice of Assignment and Notice of Trial Setting Date, and Scheduling Questionnaire upon Defendants Washington State Patrol and the following individuals in their official capacities only: Carlos Rodriguez, Kristi Pohl, Darrell Noyes, Travis Calton, Maurice Rincon, Williams Steen, and James Taylor. On March 25, 2021 at approximately 8:54 am the above indicated legal documents were confirmed receipted via electronic email response from Ms. Elizabeth J. Erwin, AAG, WSBA #16548. (See attachment A).

I do not believe any of the named Defendants to be in the active-duty military.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

3/25/2021   Olympia, WA
Date and Place of Signing

FRANKLIN D.R. WILSON

DECLARTION OF SERVICE -2

Harold Karlsvik, P.S.
Attorney at Law
P.O. Box 292
Olympia, WA 98586
1 (360) 942-4612

3/25/2021                                    Gmail - RE: Quentin M. Parker vs. State of Washington, et.al.

Case 3:21-cv-05258-BHS   Document 5   Filed 04/08/21   Page 37 of 53

 Gmail

Franklin Wilson <triplefinvestiga@gmail.com>

## RE: Quentin M. Parker vs. State of Washington, et.al.
1 message

**ATG MI Service Documents** <ServiceATG@atg.wa.gov>                          Thu, Mar 25, 2021 at 8:54 AM
To: Franklin Wilson <triplefinvestiga@gmail.com>, ATG MI Service Documents <ServiceATG@atg.wa.gov>
Cc: Harold Karlsvik <hkarlsvik@gmail.com>

*Consistent with the July 24, 2020 extension of the Governor's "Safe Start Phased Reopening" plan, the Washington Attorney General's Office will authorize and acknowledge original service of process of a Summons and Complaint by e-mail only at the following address: serviceATG@atg.wa.gov. This authorization applies only to suits against the State of Washington, its state agencies, and state officials in their official capacities. The AGO does not otherwise agree to waive original service of process for individually named defendants and the AGO does not hereby waive service on its client agencies when service is required by statute. This waiver is effective until further notice.*

**Receipt on 3/25/2021 of a blank Scheduling Questionnaire, Notice of Assignment, Case Information Cover Sheet, Summons, and Complaint in *Quentin & Katherine Parker v. State, et al.,* Thurston County Superior Court No. 21-2-00214-34, has been acknowledged on behalf of the Washington State Patrol and the following individuals in their official capacities only: Carlos Rodriguez, Kristi Pohl, Darrell Noyes, Travis Calton, Maurice Rincon, Williams Steen, and James Taylor, by: s/Elizabeth J. Erwin , AAG, WSBA No. 16548**

---

**From:** Franklin Wilson <triplefinvestiga@gmail.com>
**Sent:** Wednesday, March 24, 2021 6:30 PM
**To:** ATG MI Service Documents <ServiceATG@atg.wa.gov>
**Cc:** Harold Karlsvik <hkarlsvik@gmail.com>
**Subject:** Quentin M. Parker vs. State of Washington, et.al.

[EXTERNAL]

Consistent with the July 24, 2020 extension of the Governor's "Safe Phased Reopening" plan, please find attached for service of process upon the State of Washington, Washington State Patrol, and Defendants Carlos Rodriquez, Kristi Pohl, Darrell Noyes, Travis Calton, Maurice Rincon, William Steen, James Taylor, in each of their **official capacities** the following:

1. Scheduling Questionnaire

2. Notice Assignment and Notice of Trial Setting Date

3. Case Cover Sheet

4. Complaint

5. Summon

Thank you!

--

**Franklin Wilson**

Paralegal and Licensed Legal Investigator
1800 Cooper Point Road, SW, Bldg #3
Olympia, Washington 98502
gmail:triplefinvestiga@gmail.com
Phone: (360) 350-9018
Fax: (360) 326-2273

Attachment A

Nothing contained herein should be construed as legal advice.

**CONFIDENTIALITY NOTICE**: This communication is intended for the sole use of the individual and entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this communication by someone other than the intended addressee or its designated agent is strictly prohibited. If you have received this communication in error, please notify Franklin Wilson immediately at (360) 350-9018 or reply to this communication.

☐ EXPEDITE
☐ Hearing is set:
Date: _____
Time: _____
Judge/Calendar: _____

E-FILED
THURSTON COUNTY, WA
SUPERIOR COURT
03/26/2021 8:01:45 AM
Linda Myhre Enlow
Thurston County Clerk

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THURSTON COUNTY

QUENTIN M. PARKER and KATHERINE R.
PARKER, husband and wife and the marital
community thereof,

                    Plaintiffs,

vs.

THE STATE OF WASHINGTON;
WASHINGTON STATE PATROL; CARLOS
RODRIGUEZ, in his individual and official
capacities; KRISTI POHL, in her individual and
official capacities; DARRELL NOYES, in his
individual and official capacities; TRAVIS
CALTON, in his individual and official
capacities; MAURICE RINCON, in his individual
and official capacities; WILLIAM STEEN, in his
individual and official capacities; JAMES
TAYLOR, in his individual and official
capacities; CITY OF OLYMPIA, a municipality,
AARON FICEK, in his individual and official
capacities; OPERATION UNDERGROUND
RAILROUND, INC., a foreign non-profit
corporation, THURSTON COUNTY, a
municipality and subdivision of the State of
Washington, and SHAWN HORLACHER, former
Thurston County Deputy Prosecutor, in his
individual and official capacities; JOHN DOE
AND JANE DOE 1-10, et.al.

                    Defendants.

Case No: 21-2-00214-34

DECLARATION OF SERVICE

DECLARTION OF SERVICE -1

Harold Karlsvik, P.S.
Attorney at Law
P.O. Box 292
Olympia, WA 98586
1 (360) 942-4612

## DECLARATION OF SERIVCE

I, Franklin D.R. Wilson, hereby declare as follows:

I am over the age of eighteen years and not a party to this action. That I have been a paralegal and licensed private investigator in the state of Washington since August of 2000, (20.7 years). That I have assisted defense and plaintiff counsel with over 1000 criminal, family law, and personal injury cases. That as a licensed private investigator in the State of Washington pursuant to RCW 18.180.010, I am authorized to serve legal process.

On the 25th day of March 2021 at approximately 2:39 pm, I traveled to the Thurston County Auditor's Office located at 2000 Lakeridge Dr SW Bld. #1, Olympia, Washington 98502, and personally served (2) sets of true and correct copies of: (1.) Summons, Complaint for Damages, Thurston County Superior Court Civil cover sheet, Notice of Assignment and Notice of Trial Setting Date, and Scheduling Questionnaire upon Defendant City of Thurston County/Thurston County Prosecuting Attorney's Office, and former Deputy Prosecutor Shawn Horlacher in his official and individual capacity by personally delivering the above reference documents to Mandy Everett an employee in the Recording Division of the Thurston County Auditor's Office who identified herself as authorized to accept Service of Process for Thurston County/Thurston County Prosecutor's Office and former Deputy Prosecutor Shawn Horlacher.

I do not believe Defendant Shawn Horlacher to be in the active-duty military.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

3/25/2021    Olympia WA
Date and Place of Signing                    FRANKLIN D.R. WILSON

DECLARTION OF SERVICE -2

Harold Karlsvik, P.S.
Attorney at Law
P.O. Box 292
Olympia, WA 98586
1 (360) 942-4612

☐ EXPEDITE
☐ Hearing is set:
Date: _____
Time: _____
Judge/Calendar: _____

21–2–00214–34
AFSR                9
Affidavit Declaration Certificate Confirmation of
10016314

FILED
SUPERIOR COURT
THURSTON COUNTY, WA

2021 MAR 29  AM 10: 59

Linda Myhre Enlow
Thurston County Clerk

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THURSTON COUNTY

QUENTIN M. PARKER and KATHERINE R.
PARKER, husband and wife and the marital
community thereof,

              Plaintiffs,

    vs.

THE STATE OF WASHINGTON;
WASHINGTON STATE PATROL; CARLOS
RODRIGUEZ, in his individual and official
capacities; KRISTI POHL, in her individual and
official capacities; DARRELL NOYES, in his
individual and official capacities; TRAVIS
CALTON, in his individual and official
capacities; MAURICE RINCON, in his individual
and official capacities; WILLIAM STEEN, in his
individual and official capacities; JAMES
TAYLOR, in his individual and official
capacities; CITY OF OLYMPIA, a municipality,
AARON FICEK, in his individual and official
capacities; OPERATION UNDERGROUND
RAILROUND, INC., a foreign non-profit
corporation, THURSTON COUNTY, a
municipality and subdivision of the State of
Washington, and SHAWN HORLACHER, former
Thurston County Deputy Prosecutor, in his
individual and official capacities; JOHN DOE
AND JANE DOE 1-10, et.al.

              Defendants.

Case No: 21-2-00214-34

DECLARATION OF SERVICE

DECLARTION OF SERVICE -1

Harold Karlsvik, P.S.
Attorney at Law
P.O. Box 292
Olympia, WA 98586
1 (360) 942-4612

## DECLARATION OF SERIVCE

I, Franklin D.R. Wilson, hereby declare as follows:

I am over the age of eighteen years and not a party to this action.  That I have been a paralegal and licensed private investigator in the state of Washington since August of 2000, (20.7 years).  That I have assisted defense and plaintiff counsel with over 1000 criminal, family law, and personal injury cases.  That as a licensed private investigator in the State of Washington pursuant to RCW 18.180.010, I am authorized to serve legal process.

On the 17th day of March 2021 at approximately 2:50 pm, I traveled to the City of Olympia Headquarters located at 601 4th Ave E, Olympia, Washington 98501, and personally served (2) sets of true and correct copies of: (1.) Summons, Complaint for Damages, Thurston County Superior Court Civil cover sheet, Notice of Assignment and Notice of Trial Setting Date, and Scheduling Questionnaire upon Defendant City of Olympia and Officer Aaron Ficek in his official and individual capacity by personally delivering the above reference documents to an employee of the City of Olympia, who identified her name to be Connie, and that she was authorized to accept Service of Process for the City of Olympia and Officer Aaron Ficek.  In addition, I personally clarified with Connie if she was able to accept for Defendant Officer Aaron Ficek in lieu of me having to travel and serve him at his home.

I do not believe Defendant Officer Aaron Ficek to be in the active-duty military.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

3/17/2021 / Olympia, WA/
Thurston Co,
Date and Place of Signing       FRANKLIN D.R. WILSON

DECLARTION OF SERVICE -2

Harold Karlsvik, P.S.
Attorney at Law
P.O. Box 292
Olympia, WA 98586
1 (360) 942-4612

E-FILED
THURSTON COUNTY, WA
SUPERIOR COURT
03/30/2021 2:25:43 PM
Linda Myhre Enlow
Thurston County Clerk

1

2

3

4

5

☐ **EXPEDITE**
☐ Hearing is Set
　Date: _____
　Time: _____
　Judge/Calendar: ___Erik D. Price/Civil___

6

7

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF THURSTON

8

9

QUENTIN M. PARKER and KATHERINE R.
PARKER, husband and wife and the marital
Community thereof,

No.:　21-2-00214-34

NOTICE OF APPEARANCE

10

　　　　　　　　　　　　　　　Plaintiffs,

11

　　　vs.

12

THE STATE OF WASHINGTON;
WASHINGTON STATE PATROL; CARLOS
RODRIGUES, in his individual and official
capacities; KRISTI POHL, in her individual and
official capacities; DARRELL NOYES, in his
individual and official capacities; TRAVIS
CARLTON, in his individual and official capacities;
MAURICE RINCON, in his individual and official
capacities; WILLIAM STEEN, in his individual and
official capacities; JAMES TAYLOR, in his
individual and official capacities; CITY OF
OLYMPIA, a municipality, AARON FICEK, in his
individual and official capacities; OPERATION
UNDERGROUND RAILROUND, INC., a foreign
non-profit corporation, THURSTON COUNTY, a
municipality and subdivision of the State of
Washington, and SHAWN HORLACHER, a former
Thurston County Deputy Prosecutor, in his
individual and official capacities; JOHN DOE AND
JANE DOE 1-10, et al.

13

14

15

16

17

18

19

20

21

22

23

　　　　　　　　　　　　　　　Defendants.

24

**TO:**　　　Clerk of the above-entitled Court

25

**TO:**　　　Harold Karlsvik, Attorney for Plaintiffs

NOTICE OF APPEARANCE - 1
Case No. 12-CV-05652-RBL

O:\civil\LINDA\PLD\Damages\Parker_21-2-00214-34\NOA TC & Horlacher.docx

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Bldg. No. 5
2000 Lakeridge Drive SW
Olympia, WA 98502
360/786-5574　FAX 360/709-3006

1

**AND TO:**     John E. Justice, Attorney for City of Olympia and Aaron Ficek

2

3

    YOU, AND EACH OF YOU, are hereby respectfully notified that Defendants, THURSTON

4

COUNTY and SHAWN HORLACHER, without waiving objections as to improper service,

5

jurisdiction, or venue, hereby enters their appearance in the above-captioned cause by and through

6

their attorneys, JON TUNHEIM, Thurston County Prosecuting Attorney, and DONALD R. (RICK)

7

PETERS, JR., Senior Deputy Prosecuting Attorney, and hereby directs that all notices and pleadings

8

other than original process in the above-captioned cause be served upon said attorneys at the address

9

below.

10

    DATED this 30th day of March 2021.

11

12                                                    JON TUNHEIM
                                                      PROSECUTING ATTORNEY

13

14                                                    DONALD R. (RICK) PETERS, WSBA #23642
                                                      Senior Deputy Prosecuting Attorney
15                                                    Attorney for Defendants Thurston County and
                                                      Shawn Horlacher
16                                                    2000 Lakeridge Dr SW, Bldg 5
                                                      Olympia, WA 98502
17                                                    rick.peters@co.thurston.wa.us

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE - 2
Case No. 12-CV-05652-RBL

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Bldg. No. 5
2000 Lakeridge Drive SW
Olympia, WA  98502
360/786-5574   FAX  360/709-3006

O:\civil\LINDA\PLD\Damages\Parker_21-2-00214-34\NOA TC & Horlacher.docx

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I caused a copy of the foregoing document to be electronically filed and served on the parties or their counsel of record on this 30th day of March 2021, as follows:

| **<u>Attorney for Plaintiffs:</u>**<br>Harold Karlsvik<br>Harold Karlsvik P.S.<br>P.O. Box 292<br>South Bend, WA 98586<br><br>hkarlsvik@comcast.net | ☒  US Mail, Postage Prepaid<br>☐  Certified Mail, Return Receipt Requested<br>☐  Overnight Mail<br>☐  Hand Delivery<br>☐  Email |
|---|---|
| **<u>Attorney for City of Olympia and Aaron Ficek:</u>**<br>John E. Justice<br>Law, Lyman, Daniel, Kamerrer<br>& Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA 98508<br><br>Email: jjustice@lldkb.com | ☒  US Mail, Postage Prepaid<br>☐  Certified Mail, Return Receipt Requested<br>☐  Overnight Mail<br>☐  Hand Delivery<br>☐  Email |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 30th day of March 2021.

_____
Nancy Jones-Hogg, Paralegal

NOTICE OF APPEARANCE - 3
Case No. 12-CV-05652-RBL

O:\civil\LINDA\PLD\Damages\Parker_21-2-00214-34\NOA TC & Horlacher.docx

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Bldg. No. 5
2000 Lakeridge Drive SW
Olympia, WA  98502
360/786-5574   FAX  360/709-3006

E-FILED
THURSTON COUNTY, WA
SUPERIOR COURT
03/31/2021 4:47:06 PM
Linda Myhre Enlow
Thurston County Clerk

**Superior Court of Washington**

| Plaintiff / Petitioner:<br>Quentin M. Parker and Ketherine R. Parker | Case No:<br>21-2-00214-34 |
|---|---|
| Defendant / Respondent:<br>The State of Washington; Washington State Patrol; et al | **DECLARATION OF SERVICE** |

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on <u>Mon, Mar 29 2021</u> at <u>07:34 PM</u>, at the address of <u>5727 N 1700 W</u>, within <u>Cedar City, Utah</u>, the undersigned duly served the following document(s): Notice-of-Assignment-and-Notice-of-Trial-setting, Scheduling-Questionnaire, Filed-Civil-Case-Info, Filed-Summons, Filed-Complaint in the above entitled action upon <u>Operation Underground Railroad, Inc. % Tevya Ware, Registered Agent,</u> by then and there, at the residence and usual place of abode of said person(s), personally delivering 1 true and correct copy(ies) of the above documents into the hands of and leaving same with Tevya Ware.

**Description:**
Other: White female approximately 44-45 years of age.;

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

Date:   03-30-2021

Richard Dickinson
G102536

ICU Investigations, LLC
250 N Red Cliffs Dr, #4B-275
Saint George, UT 84790
435-986-1200

# ICU INVESTIGATIONS

Process Servers & Private Investigators

250 N Red Cliffs Dr
STE 4B-275
St. George, UT 84790

serve@iculegal.com
**435-986-1200**
processserverutah.com

## Invoice

| DATE IN: | INVOICE # |
|---|---|
| 3/29/2021 | 47469 |

| JOB TYPE | Process Service |
| PRICE | Routine |

| TERMS | DUE DATE |
|---|---|
| Credit Card | 3/30/2021 |

| CLIENT ENTERED | Frank |
| STATE/DOCS | WA S&C |
| SERVE ON | Operation Underground |
| FINAL STATUS | Served | |
| WHO SERVED | Tevya Ware |

CLIENT:   360-350-9018   triplefinvestiga@gmail.com

Triple F's Investigation
1800 Cooper Point Rd SW
Olympia, WA 98502

| ITEM | QTY | COURT DATE | DESCRIPTION | AGENT | RD | OUR # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Process ... | | | PARKER v STATE OF WASHINGTON  21-2-00214-34 | | | 5502812 | 126.00 | 126.00 |
| | | | Civil Process Service (Operation Underground Railroad, Inc. % Tevya Ware, Registered Agent / 5727 N 1700 W, Cedar City, Utah 84721) | | | | | |
| Pages | 27 | | Page fee | | | | 0.25 | 6.75 |
| Civil PS ... | | | Civil Process Service Mileage (032921 @ 734pm) = Served Tevya Ware | | | | 0.00 | 0.00 |
| | | | Subtotal | | | | | 132.75 |
| Visa | | | Credit Card Fee | | | | 3.20% | 4.25 |
| | | | Subtotal | | | | | 137.00 |
| | | | | | | | | |
| | | | NOTES | | | | | |
| | | | 032921 = Entity snip in folder. (Entity Number 8791496-0140) | | | | | |
| | | | 033021 = Emailed copies, mailed originals | | | | | |

## All work is complete! Please remit payment to the above address.

*Remit by credit card online: https://www.processserverutah.com/remit-payment*

Client agrees to pay the balance of this invoice, including all fees, expenses and sales tax upon receipt of this invoice by mail or email. There are no open terms. Bookkeeping charges equal to 2.5% of the balance shall be added every thirty (30) days to all unpaid invoices which become 30 or more days past due. Over 90 days is subject to an additional $25 excess bookkeeping fee. Client will be responsible for any attorney fees or court costs associated with collection of this invoice. Pay from this invoice, no statement will be sent. Make checks payable to ICU Investigations, credit card payments can be made on our website. We add 3.2% to all credit card payments. See website for our W9. ICU is not and cannot be responsible for the filing of proofs of service to any court. Mail all checks to the address noted at the top of this invoice.

| **Total** | **$137.00** |
|---|---|
| **Payments** | **-$137.00** |
| **Balance** | **$0.00** |

ICU Tax ID # 90-0546546

E-FILED
THURSTON COUNTY, WA
SUPERIOR COURT
04/02/2021 4:24:35 PM
Linda Myhre Enlow
Thurston County Clerk

**STATE OF WASHINGTON**
**THURSTON COUNTY SUPERIOR COURT**

QUENTIN M. PARKER and
KATHERINE R. PARKER, husband
and wife and the marital community
thereof,

                         Plaintiffs,

              v.

THE STATE OF WASHINGTON;
WASHINGTON STATE PATROL;
CARLOS RODRIGUEZ, in his individual
and official capacities; KRISTI POHL, in
her individual and official capacities;
DARRELL NOYES, in his individual and
official capacities; TRAVIS CALTON, in
his individual and official capacities;
MAURICE RINCON, in his individual and
official capacities; WILLIAM STEEN, in
his individual and official capacities;
JAMES TAYLOR, in his individual and
official capacities; CITY OF OLYMPIA, a
municipality, AARON FICEK, in his
individual and official capacities;
OPERATION UNDERGROUND
RAILOUND, INC., a foreign non-profit
corporation, THURSTON COUNTY, a
municipality and subdivision of the State of
Washington, and SHAWN HORLACHER,
former Thurston County Deputy
Prosecutor, in his individual and official
capacities; JOHN DOE AND JANE DOE
1-10, et.al.

                         Defendants.

NO. 21-2-00214-34

NOTICE OF APPEARANCE

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1   TO:    QUENTIN M. AND KATHERINE R. PARKER, Plaintiffs,

2   TO:    HAROLD KARLSVIK, Plaintiffs' Attorney,

3   TO:    TO ALL PARTIES AND COUNSEL OF RECORD,

4   AND TO:      CLERK OF THE COURT.

5          YOU AND EACH OF YOU will please take notice that the Defendants STATE OF

6   WASHINGTON, WASHINGTON STATE PATROL, CARLOS RODRIGUEZ, KRISTI

7   POHL, DARRELL NOYES, TRAVIS CALTON, MAURICE RINCON, WILLIAM STEEN

8   and JAMES TAYLOR, by and through their attorneys, Robert W. Ferguson, Attorney General,

9   and LORI A. NICOLAVO and STEVE PUZ Assistant Attorneys General, without waiving any

10  objections they may have as to improper service, jurisdiction or venue, hereby enter their

11  appearance in the above-entitled action, and further request that all further papers, except

12  original process, be served upon the undersigned attorneys at their below-stated address.

13         DATED this 2nd day of April 2021.

14                                    ROBERT W. FERGUSON
                                      Attorney General
15

16                                    s/ Steve Puz
                                      LORI NICOLAVO, WSBA No. 30370
17                                    STEVE PUZ, WSBA No. 17407
                                      OID #91023
18                                    Assistant Attorneys General
                                      Attorneys for Washington State Patrol
19                                    7141 Cleanwater Drive SW
                                      P.O. Box 40126
20                                    Olympia, WA 40126
                                      (360)586-6300
21

22

23

24

25

26

NOTICE OF APPEARANCE                        2              ATTORNEY GENERAL OF WASHINGTON
                                                                       Torts Division
                                                                  7141 Cleanwater Drive SW
                                                                       PO Box 40126
                                                                   Olympia, WA 98504-0126
                                                                      (360) 586-6300

## PROOF OF SERVICE

I certify that I caused to be served a copy of this document on all parties or their

counsel of record on the date below as follows:

| Party | Method of Service |
|---|---|
| **Attorneys for Plaintiff**<br>Harold Karlsvik<br>Harold Karlsvik P.S.<br>P.O. Box 292<br>South Bend, WA 98586<br>(360) 942-4612<br>hkarlsvik@comcast.net | ☒US Mail Postage Prepaid via Consolidated Mail Service<br><br>☐ABC/Legal Messenger<br><br>☐State Campus Delivery<br><br>☐Hand delivered by _____ |
| **Attorneys for City of Olympia and Aaron Ficek**<br>John E. Justice<br>Law, Lyman, Daniel, Kammerrer & Bogdanovich, P.S<br>2674 R.W. Johnson Blvd.<br>Tumwater, WA 98512<br>jjustice@lldkb.com | ☒US Mail Postage Prepaid via Consolidated Mail Service<br><br>☐ABC/Legal Messenger<br><br>☐State Campus Delivery<br><br>☐Hand delivered by _____ |
| **Attorney for Thurston County**<br>Donald R. Peters, Jr.<br>Thurston County Prosecutor's Office<br>2000 Lakeridge Dr. SW Bldg 2<br>Olympia, WA 98502-6045<br>petersr@co.thurston.wa.us | ☒US Mail Postage Prepaid via Consolidated Mail Service<br><br>☐ABC/Legal Messenger<br><br>☐State Campus Delivery<br><br>☐Hand delivered by _____ |

I certify under penalty of perjury under the laws of the state of Washington that the

foregoing is true and correct.

DATED this 2nd day of April 2021, at Tumwater, Washington.

s/ Steve Puz_____
LORI NICOLAVO, WSBA No. 30370
STEVE PUZ, WSBA No. 17407
Assistant Attorneys General

ATTORNEY GENERAL OF WASHINGTON<br>Torts Division<br>7141 Cleanwater Drive SW<br>PO Box 40126<br>Olympia, WA 98504-0126<br>(360) 586-6300

E-FILED
THURSTON COUNTY, WA
SUPERIOR COURT
04/06/2021 4:54:51 PM
Linda Myhre Enlow
Thurston County Clerk

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR COUNTY OF THURSTON

| | |
|---|---|
| QUENTIN M. PARKER and KATHERINE R. PARKER, husband and wife and the marital community thereof, | Case No. 21-2-00214-34 |
| | NOTICE OF APPEARANCE |
| Plaintiffs, | |
| v. | |
| THE STATE OF WASHINGTON; WASHINGTON STATE PATROL; CARLOS RODRIGUEZ, in his individual and official capacities; KRISTI POHL, in her individual and official capacities; DARRELL NOYES, in his individual and official capacities; TRAVIS CALTON, in his individual and official capacities; MAURICE RINCON, in his individual and official capacities; WILLIAM STEEN, in his individual and official capacities; JAMES TAYLOR, in his individual and official capacities; CITY OF OLYMPIA, a municipality; AARON FICEK, in his individual and official capacities; OPERATION UNDERGROUND RAILROAD, INC., a foreign non-profit corporation; THURSTON COUNTY, a municipality and subdivision of the State of Washington; SHAWN HORLACHER, a former Thurston County Deputy Prosecutor, in his individual and official capacities; JOHN DOE AND JANE JOE 1-10, et al., | |
| Defendants. | |

NOTICE OF APPEARANCE - 1
\4821-8089-0084

Snell & Wilmer
2018 156th Avenue, NE, Suite 100
Bellevue, Washington  98007
425.748.5055

1    TO:        QUENTIN M. PARKER and KATHERINE R. PARKER, Plaintiffs

2    TO:        HAROLD KARLSVIK, Plaintiffs' Attorney

3    AND TO:       THE CLERK OF THE ABOVE-ENTITLED COURT

4         Please take notice that Clifford S. Davidson of Snell & Wilmer L.L.P. hereby enters an

5 appearance on behalf of defendant Operation Underground Railroad, Inc., without waiving any

6 objections as to improper service, jurisdiction or venue, and requests that all further notices and

7 pleadings, except original process, be served upon said defendant and its attorney at the address

8 stated below.

9    Dated: April 6, 2021                 SNELL & WILMER L.L.P.

10

11                                By: *s/ Clifford S. Davidson*

12                                  Clifford S. Davidson, WSBA No. 48313
                                   csdavidson@swlaw.com

13

14                                  Attorneys for Defendant
                                 Operation Underground Railroad, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE - 2
\4821-8089-0084

Snell & Wilmer
2018 156th Avenue, NE, Suite 100
Bellevue, Washington  98007
425.748.5055

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on April 6, 2021 I caused to be served a full and exact copy of the

3  foregoing **NOTICE OF APPEARANCE** on the following persons:

4  Harold Karlsvik                                    Lori Nicolavo
   Harold Karlsvik, P.S.                              Steve Puz
5  PO Box 292                                         Assistant Attorneys General
   South Bend, WA 98586                               State of Washington
6  hkarlsvik@comcast.net                              7141 Cleanwater Drive SW
        Attorney for Plaintiff                        PO Box 40126
7                                                     Olympia, WA 98504-0126
                                                      Lori.Nicolavo@atg.wa.gov
8                                                          Attorneys for State of Washington,
                                                      Washington State Patrol, Carlos Rodriguez,
9                                                     Kristi Pohl, Darrell Noyes, Travis Calton,
                                                      Maurice Rincon, William Steen and James
10                                                    Taylor

11 Donald R. (Rick) Peters                            John E. Justice
   Thurston County Prosecutor's Office                Law, Lyman, Daniel, Kamerrer &
12 Civil Division – Bldg. No. 5                        Bogdanovich, P.S.
   2000 Lakeridge Drive SW                            PO Box 11880
13 Olympia, WA 98502                                  Olympia, WA 98508
   rick.peters@co.thurston.wa.us                      jjustice@lldkb.com
14      Attorney for Thurston County and Shawn            Attorneys for City of Olympia and Aaron
   Horlacher                                          Ficek
15
   by the following indicated method(s):
16
        ☑   First Class Mail, postage prepaid, deposited in the US mail at Portland, OR
17      ☐   Hand delivery
        ☐   Facsimile transmission
18      ☐   Overnight delivery
        ☑   Email
19      ☐   Electronic filing notification
20
        Dated:        April 6, 2021
21

22

23                              s/ Clifford S. Davidson
                                Clifford S. Davidson, WSBA No. 48313
24

25

26

NOTICE OF APPEARANCE - 3
\4821-8089-0084

Snell & Wilmer
2018 156th Avenue, NE, Suite 100
Bellevue, Washington  98007
425.748.5055