| | |
|---|---|
| Clifford S. Davidson, WSBA 48313<br>csdavidson@swlaw.com<br>Lea K. Schneider, WSBA 56471<br>lschneider@swlaw.com<br>SNELL & WILMER L.L.P.<br>2018 156th Avenue NE, Suite 100<br>Bellevue, WA 98007<br>T: (425) 748-5055<br>F: (503) 624-6888<br>    Attorneys for Defendant Operation<br>    Underground Railroad, Inc. | The Honorable Benjamin H. Settle |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| QUENTIN M. PARKER and KATHERINE R. PARKER, husband and wife and the marital community thereof,<br><br>           Plaintiffs,<br><br>    v.<br><br>THE STATE OF WASHINGTON; WASHINGTON STATE PATROL; CARLOS RODRIGUEZ, in his individual and official capacities; KRISTI POHL, in her individual and official capacities; DARRELL NOYES, in his individual and official capacities; TRAVIS CALTON, in his individual and official capacities; MAURICE RINCON, in his individual and official capacities; WILLIAM STEEN, in his individual and official capacities; JAMES TAYLOR, in his individual and official capacities; CITY OF OLYMPIA, a municipality; AARON FICEK, in his individual and official capacities; OPERATION UNDERGROUND RAILROAD, INC., a foreign non-profit corporation; THURSTON COUNTY, a municipality and subdivision of the State of Washington; SHAWN HORLACHER, a former Thurston County Deputy Prosecutor, in his individual and official capacities; JOHN DOE AND JANE JOE 1-10, et al.,<br><br>           Defendants. | Case No. 3:21-cv-05258-BHS<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT OPERATION UNDERGROUND RAILROAD, INC. |

CORPORATE DISCLOSURE STATEMENT - 1
CASE NO. 3:21-CV-05258-BHS

1  Pursuant to FRCP 7.1, Defendant Operation Underground Railroad, Inc. ("OUR") hereby
2  discloses that it has no parent corporation, and that no publicly held corporation owns 10% or
3  more of its stock. OUR further states that there are no parents, shareholders, members or partners
4  to list in response to LCR 7.1(a)(1)-(4).

Dated: April 12, 2021                SNELL & WILMER L.L.P.

By: *s/ Clifford S. Davidson*
Clifford S. Davidson, WSBA 48313
csdavidson@swlaw.com
Lea K. Schneider, WSBA 56471
lschneider@swlaw.com

Attorneys for Defendant
Operation Underground Railroad, Inc.

\4823-5086-4613

CORPORATE DISCLOSURE STATEMENT - 2
CASE NO. 3:21-CV-05258-BHS

Snell & Wilmer
2018 156th Avenue, NE, Suite 100
Bellevue, Washington  98007
425.748.5055