1   Clifford S. Davidson, WSBA 48313
    csdavidson@swlaw.com
2   Lea K. Schneider, WSBA 56471
    lschneider@swlaw.com
3   SNELL & WILMER L.L.P.
    2018 156th Avenue NE, Suite 100
4   Bellevue, WA 98007
    T: (425) 748-5055
5   F: (503) 624-6888
        Attorneys for Defendant Operation
6       Underground Railroad, Inc.

7

The Honorable Benjamin H. Settle

8                    UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF WASHINGTON
9                            Tacoma Division

10  QUENTIN M. PARKER and KATHERINE R.          Case No. 3:21-cv-05258-BHS
    PARKER, husband and wife and the marital
11  community thereof,                          OFFER OF JUDGMENT BY
                                                DEFENDANT OPERATION
12                  Plaintiffs,                 UNDERGROUND RAILROAD, INC.

13          v.

14  THE STATE OF WASHINGTON;
    WASHINGTON STATE PATROL; CARLOS
15  RODRIGUEZ, in his individual and official
    capacities; KRISTI POHL, in her individual
16  and official capacities; DARRELL NOYES, in
    his individual and official capacities; TRAVIS
17  CALTON, in his individual and official
    capacities; MAURICE RINCON, in his
18  individual and official capacities; WILLIAM
    STEEN, in his individual and official
19  capacities; JAMES TAYLOR, in his individual
    and official capacities; CITY OF OLYMPIA, a
20  municipality; AARON FICEK, in his
    individual and official capacities;
21  OPERATION UNDERGROUND
    RAILROAD, INC., a foreign non-profit
22  corporation; THURSTON COUNTY, a
    municipality and subdivision of the State of
23  Washington; SHAWN HORLACHER, a
    former Thurston County Deputy Prosecutor, in
24  his individual and official capacities; JOHN
    DOE AND JANE JOE 1-10, et al.,
25
                    Defendants.
26

OFFER OF JUDGMENT BY O.U.R.
CASE NO. 3:21-CV-05258-BHS

1

2      Without in any way admitting liability, and solely in order to avoid further expense and

3   inconvenience, defendant Operation Underground Railroad, Inc. hereby offers, pursuant to Rule

4   68 of the Federal Rules of Civil Procedure, that judgment be entered as follows:

5             Judgment in favor of plaintiffs Quentin M. Parker and Katherine R.

6             Parker, as well as their marital community, against defendant

7             Operation Underground Railroad, Inc., in the total sum of $100,000,

8             which includes all court costs and reasonable attorney fees incurred

9             by Plaintiffs to the date of this offer. Such judgment is of no claim-

10            preclusive or issue-preclusive effect, and Operation Underground

11            Railroad, Inc. denies any wrongdoing of any kind.

12      By accepting this offer and allowing the foregoing judgment to be entered, Plaintiffs

13   stipulate that they waive the right to sue any current officer, director or employee of Operation

14   Underground Railroad, Inc. based on any purported act or omission committed in the course and

15   scope of employment. This stipulation is separate and apart from the foregoing offered judgment.

16

17   Dated: May 6, 2021

                                    SNELL & WILMER L.L.P.

18

19                                  By: *s/ Clifford S. Davidson*
                                        Clifford S. Davidson, WSBA 48313
20                                      csdavidson@swlaw.com
                                        Lea K. Schneider, WSBA 56471
21                                      lschneider@swlaw.com

22                                  Attorneys for Defendant
                                    Operation Underground Railroad, Inc.

23

24

25

26

OFFER OF JUDGMENT BY O.U.R. - 1
CASE NO. 3:21-CV-05258-BHS

                                                    Snell & Wilmer
                                            2018 156th Avenue, NE, Suite 100
                                              Bellevue, Washington 98007
                                                    425.748.5055

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 6, 2021, I caused to be served a full and exact copy of the foregoing **OFFER OF JUDGMENT BY DEFENDANT OPERATION UNDERGROUND RAILROAD, INC.** on the following:

Harold Karlsvik
Harold Karlsvik, P.S.
PO Box 929
South Bend, WA 98586
hkarlsvik@comcast.net
triplefinvestiga@gmail.com
    Attorneys for Plaintiffs

Grace O'Connor
Thurston County Prosecutor's Office
2000 Lakeridge Drive SW, Bldg. 2
Olympia, WA 98502
grace.oconnor@co.thurston.wa.us
linda.olsen@co.thurston.wa.us

Patrick McMahon
Carlson & McMahon, PLLC
715 Washington Street
PO Box 2965
Wenatchee, WA 98807-2965
Patm@carlson-mcmahon.org
    Attorneys for Defendants Thurston County
    and Shawn Horlacher

John E. Justice
Law, Lyman, Daniel, Kammerrer &
Bogdanovich, P.S.
2674 R.W. Johnson Blvd.
Tumwater, WA 98512
jjustice@lldkb.com
Tam@lldkb.com
    Attorneys for Defendants City of Olympia
    and Aaron Ficek

Lori Nicolavo
Steve Puz
Assistant Attorneys General
7141 Cleanwater Drive SW
Olympia, WA 40126
lori.nicolavo@atg.wa.gov
steve.puz@atg.wa.gov
torolyef@atg.wa.gov
matt.obrien@atg.wa.gov
kassandra.hendricksen@atg.wa.gov
    Attorneys for Defendants State of
    Washington, Washington State Patrol,
    Carlos Rodriguez, William Steen, Darrel R.
    Noyes, Maurice Rincon, James C. Taylor,
    Travis Calton, Kristl Pohl

by the following indicated method(s):

☐ First Class Mail, postage prepaid, deposited in the US mail at Portland, OR
☐ Hand delivery
☐ Facsimile transmission
☐ Overnight delivery
☒ Email, pursuant to the parties' electronic service agreement
☐ Electronic filing notification

Dated:  May 6, 2021

        *s/ Clifford S. Davidson*
        Clifford S. Davidson, WSBA 48313

\4850-3943-4728

Snell & Wilmer
2018 156th Avenue, NE, Suite 100
Bellevue, Washington  98007
425.748.5055