The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

QUENTIN M. PARKER and KATHERINE R. PARKER, husband and wife and the marital community thereof,

Plaintiffs,

v.

THE STATE OF WASHINGTON; WASHINGTON STATE PATROL; CARLOS RODRIGUEZ, in his individual and official capacities; KRISTI POHL, in her individual and official capacities; DARRELL NOYES, in his individual and official capacities; TRAVIS CALTON, in his individual and official capacities; MAURICE RINCON, in his individual and official capacities; WILLIAM STEEN, in his individual and official capacities; JAMES TAYLOR, in his individual and official capacities; CITY OF OLYMPIA, a municipality; AARON FICEK, in his individual and official capacities; OPERATION UNDERGROUND RAILROAD, INC., a foreign non-profit corporation; THURSTON COUNTY, a municipality and subdivision of the State of Washington; SHAWN HORLACHER, a former Thurston County Deputy Prosecutor, in his individual and official capacities; JOHN DOE AND JANE JOE 1-10, et al.,

Defendants.

Case No. **3:21-cv-05258-BHS**

NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT AGAINST DEFENDANT OPERATION UNDERGROUND RAILROAD, INC.

To: ALL NAMED DEFENDANTS AND THEIR LEGAL COUNSEL OF RECORD

NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT, O.U.R. 1
CASE NO. 3:21-CV-05258-BHS

Harold Karlsvik, P.S.
Attorney at Law
P.O. Box 292
South Bend, Washington 98586
Phone 1 (360) 942-4612

Take notice that the plaintiffs accept the offer of the defendant Operational Underground Railroad dated May 6, 2021, allowing plaintiff to take judgment in this action for the total sum of $100,000, which includes all court costs and reasonable attorney fees incurred by Plaintiffs to date as it relates to any current officer, director or employee of defendant Operational Underground, Inc.

Dated this 17th day of May 2021.

By /s/ Harold Karlsvik
Harold Karlsvik, P.S.
Attorney at Law
P.O. Box 292
South Bend, WA 98586
Attorney for Plaintiffs

TO:

Clifford S. Davidson
Snell & Wilmer
2018 156th Ave NE, Suite 100
Bellevue, Washington 98007
csdavidson@swlaw.com
Attorney for Operation Underground Railroad, Inc.

NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT, O.U.R. - 2
CASE NO. 3:21-CV-05258-BHS

Harold Karlsvik, P.S.
Attorney at Law
P.O. Box 292
South Bend, Washington 98586
Phone 1 (360) 942-4612

# CERTIFICATE OF SERVICE

I hereby certify that on <u>May 14, 2021</u> I caused to be served a full and exact copy of the Notice of Acceptance of Offer of Judgment, O.U.R., by email, pursuant to the parties' electronic service agreement the following persons:

Grace C.S. O'Connor
Thurston County Prosecutor's Office
Civil Division- Bldg. No. 5
2000 Lakeridge Drive SW
Olympia, WA 98502
Email: grace.oconnor@co.thurston.wa.us
Attorney for Defendants Thurston County
and Shawn Horlacher

John E. Justice
Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.
P.O. Box 11880
Olympia, Washington 98508
jjustice@lldkb.com
Attorneys for City of Olympia and Aaron Ficek

Snell & Wilmer
Clifford S. Davidson
2018 156th Ave NE, Suite 100
Bellevue, Washington 98007
csdavidson@swlaw.com
Attorney for Operation Underground Railroad

Steve Puz, AAG
Lori A. Nicolavo, AAG
Attorney General of Washington
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, Washington 98504-0126
Steve.puz@atg.wa.gov
Lori.Nicolavo@atg.wa.gov
Attorneys for Washington State Patrol

_____
Franklin Wilson
Paralegal and Licensed Investigator

NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT, O.U.R. - 3
CASE NO. 3:21-CV-05258-BHS

Harold Karlsvik, P.S.
Attorney at Law
P.O. Box 292
South Bend, Washington 98586
Phone 1 (360) 942-4612