The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| QUENTIN M. PARKER and KATHERINE R. PARKER, husband and wife and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF WASHINGTON; WASHINGTON STATE PATROL; CARLOS RODRIGUEZ, in his individual and official capacities; KRISTI POHL, in her individual and official capacities; DARRELL NOYES, in his individual and official capacities; TRAVIS CALTON, in his individual and official capacities; MAURICE RINCON, in his individual and official capacities; WILLIAM STEEN, in his individual and official capacities; JAMES TAYLOR, in his individual and official capacities; CITY OF OLYMPIA, a municipality; AARON FICEK, in his individual and official capacities; OPERATION UNDERGROUND RAILROAD, INC., a foreign non-profit corporation; THURSTON COUNTY, a municipality and subdivision of the State of Washington; SHAWN HORLACHER, a former Thurston County Deputy Prosecutor, in his individual and official capacities; JOHN DOE AND JANE JOE 1-10, et al.,<br><br>Defendants. | Case No. 3:21-cv-05258-BHS<br><br>JUDGMENT |

JUDGMENT AS TO OPERATION UNDERGROUND RAILROAD, INC.
CASE NO. 3:21-CV-05258-BHS

Snell & Wilmer
2018 156th Avenue, NE, Suite 100
Bellevue, Washington  98007
425.748.5055

1  The Court, having reviewed the Offer of Judgment by Defendant Operation Underground Railroad, Inc. (ECF No. 28), and Plaintiffs' Notice of Acceptance of Offer of Judgment against Defendant Operation Underground Railroad, Inc. (ECF No. 29), hereby enters JUDGMENT against defendant Operation Underground Railroad as follows:

1. Plaintiffs and their marital community are awarded $100,000.
2. The judgment amount includes all costs and reasonable attorney fees. No further costs or attorney fees shall be awarded as between Plaintiffs and Operation Underground Railroad, Inc.
3. Pursuant to the accepted Offer of Judgment, this Judgment is of no claim-preclusive or issue-preclusive effect.

Dated this ___ day of May, 2021.

_____
Honorable Benjamin Settle
United States District Judge

Presented by:

SNELL & WILMER L.L.P.

By: *s/ Clifford S. Davidson*
    Clifford S. Davidson, WSBA 48313

Attorneys for Operation Underground Railroad, Inc.

4830-1730-6346

JUDGMENT AS TO OPERATION UNDERGROUND RAILROAD, INC. - 1
CASE NO. 3:21-CV-05258-BHS

Snell & Wilmer
2018 156th Avenue, NE, Suite 100
Bellevue, Washington  98007
425.748.5055