The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| QUENTIN M. PARKER and KATHERINE R. PARKER, husband and wife and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF WASHINGTON; WASHINGTON STATE PATROL; CARLOS RODRIGUEZ, in his individual and official capacities; KRISTL POHL, in her individual and official capacities; DARRELL NOYES, in his individual and official capacities; TRAVIS CALTON, in his individual and official capacities; MAURICE RINCON, in his individual and official capacities; WILLIAM STEEN, in his individual and official capacities; JAMES TAYLOR, in his individual and official capacities; CITY OF OLYMPIA, a municipality; AARON FICEK, in his individual and official capacities; OPERATION UNDERGROUND RAILROAD, INC., a foreign non-profit corporation; THURSTON COUNTY, a municipality and subdivision of the State of Washington; SHAWN HORLACHER, a former Thurston County Deputy Prosecutor, in his individual and official capacities; JOHN DOE AND JANE JOE 1-10, et al.,<br><br>Defendants. | Case No. **3:21-cv-05258-BHS**<br><br>SATISFACTION OF JUDGMENT AGAINST DEFENDANT OPERATION UNDERGROUND RAILROAD |

WHEREAS plaintiffs accepted judgment against defendant Operation Underground Railroad on May 14th, 2021, and upon signing of the Proposed Order of Judgment, the judgment has been fully satisfied; NOW THEREFORE, the clerk of the court is hereby authorized

SATISFACTION OF JUDGMENT AGAINST
OPERATION UNDERGROUND RAILROAD - 1
CASE NO. 3:21-CV-05258-BHS

Harold Karlsvik, P.S.
Attorney at Law
P.O. Box 292
South Bend, Washington 98586
Phone 1 (360) 942-4612

1  and directed to cancel, fully satisfy and discharge the judgment against Defendants O.U.R.
2  (Operation Underground Railroad.)
3
4  Dated this 3rd day of June 2021.
5
6  _____
7  Harold Karlsvik, Attorney for Plaintiffs
8  STATE OF WASHINGTON    )
                          ):ss
9  COUNTY OF THURSTON     )
10
11  I certify that I know or have satisfactory evidence that Harold Karlsvik is the person who
12  appeared before me, and said person acknowledged that he signed this instrument, on oath stated
13  that he was authorized to execute the instrument and acknowledged it as the Satisfaction of
    Judgment Against Defendants O.U.R. (Operation Underground Railroad.)
14
15  Dated this 3rd day of June 2021.
16
17  _____
    NOTARY PUBLIC in and for the State of Washington
18  Residing at: Olympia, WA
    My commission expires 9/20/2022
19                         Franklin Wilson
20
21
22
23
24
25
26

SATISFACTION OF JUDGMENT AGAINST O.U.R.... - 2
CASE NO. 3:21-CV-05258-BHS

Harold Karlsvik, P.S.
Attorney at Law
P.O. Box 292
South Bend, Washington 98586
Phone 1 (360) 942-4612

# CERTIFICATE OF SERVICE

I Franklin Wilson hereby certify that on June 4, 2021, I caused to be served by email a full and exact copy of the foregoing **Satisfaction of Judgment Against Defendant O.U.R. (Operation Underground Railroad, Inc.)** on the following persons:

Grace C.S. O'Connor
Thurston County Prosecutor's Office
Civil Division- Bldg. No. 5
2000 Lakeridge Drive SW
Olympia, WA 98502
Email: grace.oconnor@co.thurston.wa.us
Attorney for Defendants Thurston County
and Shawn Horlacher

John E. Justice
Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.
P.O. Box 11880
Olympia, Washington 98508
jjustice@lldkb.com
Attorneys for City of Olympia and Aaron Ficek

Snell & Wilmer
Clifford S. Davidson
2018 156th Ave NE, Suite 100
Bellevue, Washington 98007
csdavidson@swlaw.com
Attorney for Operation Underground Railroad

Steve Puz, AAG
Lori A. Nicolavo, AAG
Attorney General of Washington
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, Washington 98504-0126
Steve.puz@atg.wa.gov
Lori.Nicolavo@atg.wa.gov
Attorneys for Washington State Patrol

_____
Franklin Wilson
Paralegal and Licensed Investigator

SATISFACTION OF JUDGMENT AGAINST O.U.R.... - 3
CASE NO. 3:21-CV-05258-BHS

Harold Karlsvik, P.S.
Attorney at Law
P.O. Box 292
South Bend, Washington 98586
Phone 1 (360) 942-4612