UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| QUINTIN PARKER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 21-5258 BHS |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF ASSOCIATION |
| STATE OF WASHINGTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

TO:          Clerk of the Above-Referenced Court;
AND TO:     Attorneys of Record

PLEASE TAKE NOTICE THAT SCOTT C. CUSHING, Senior Deputy Prosecuting Attorney, hereby associates with PATRICK MCMAHON, as attorneys of record for Defendants, THURSTON COUNTY and SHAWN HORLACHER

All pleadings, discovery, responses, correspondence, and other matters should be additionally served upon such counsel and such counsel is to be added to the service list.

DATED this 7th day of September 2021.

JON TUNHEIM
PROSECUTING ATTORNEY


_____/s/ Scott C. Cushing_____
SCOTT C. CUSHING, WSBA #38030
Senior Deputy Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Drive SW
Olympia, WA  98502
Phone:  (360)786-5540
*Cushins@co.thurston.wa.us*
Attorney for Thurston County & Horlacher

NOTICE OF ASSOCIATION - 1

Case No 21-2528 BHS

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Dr SW
Olympia, WA  98502
360/786-5574    FAX: 360/709-3006

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/CEF system which will send notification of such filing to the parties listed below:

| <u>**Attorney for Plaintiffs:**</u><br>Harold Karlsvik<br>Harold Karlsvik P.S.<br>P.O. Box 292<br>South Bend, WA 98586<br><br>Email:  hkarlsvik@comcast.net | <u>**Attorney for State Defendants**</u><br>Lori Nicolavo and Steve Puz<br>Assistant Attorneys General<br>P.O. Box 40126<br>Olympia, WA  98504-0126<br><br>Email: lori.nicolavo@atg.wa.gov<br>Email:  steve.puz@atg.wa.gov |
|---|---|
| <u>**Attorney for City of Olympia and Ficek:**</u><br>John E. Justice<br>Law, Lyman, Daniel, Kamerrer & Bogdanovich<br>P.O. Box 11880<br>Olympia, WA 98508<br><br>Email: jjustice@lldkb.com | <u>**Co-Attorney's for Thurston County and Shawn Horlacher**</u><br>Patrick McMahon<br>Carlson & McMahon, PLLC<br>715 Washington St./PO Box 2965<br>Wenatchee, WA 98807-2965<br>Email: patm@carlson-mcmahon.org |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.   DATED this 7th day of September 2021.

/s/ Linda Olsen
Linda L. Olsen, Paralegal

NOTICE OF ASSOCIATION - 2

Case No 21-2528 BHS

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Dr SW
Olympia, WA  98502
360/786-5574    FAX: 360/709-3006