The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| QUENTIN M. PARKER and KATHERINE R. PARKER, husband and wife and the marital community thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF WASHINGTON; et al.<br><br>Defendants. | NO. 3:21-cv-05258-BHS<br><br>DECLARATION OF AARON FICEK RE SUMMARY JUDGMENT |

I, Aaron Ficek, declare as follows:

1. I am currently a Police Sergeant with the Olympia Police Department.

2. In February of 2019, The Olympia Police Department Detective unit, including myself, assisted Detectives from the Washington State Patrol's (WSP) Missing and Exploited Children's Task Force (MECTF) with an undercover operation in Thurston County, Washington.

3. Olympia Police Department Detectives were asked to assist with the transport of the suspects from the target location (where the undercover operation was taking place) back to the WSP Detective offices for interviews. The Olympia Detectives rotated on being the primary Detective of the transport after they were arrested by WSP and would complete a

DECLARATION OF AARON FICEK RE SUMMARY
JUDGMENT – 1

Cause No.: 3:21-cv-05258-BHS

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA 98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480   FAX: (360) 357-3511

1  report. Olympia Police Detectives, who were not on a transport, would sit in on the Interviews
2  which were being conducted by the WSP detectives.

3.  I assisted other Detectives with the transport of Quentin Parker from the target location back to the WSP Detective office. I did not arrest Mr. Parker or charge him with any crimes. I did not complete a report because I was not the primary Detective assigned to the transport. After Mr. Parker was brough back to WSP, I was asked to assist WSP Detective Darrell Noyes with the interview of Mr. Parker. I sat in on the interview and when it concluded I was advised I didn't need to complete a report due to the fact I just sat in on the interview and was not the primary Detective. I was not involved in the subsequent prosecution of Mr. Parker.

4.  The above is the entirety of my involvement with Mr. Parker's criminal case.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

DATED this 21 day of January, 2022 at Olympia, Washington.

_/s/ Aaron Ficek_
Aaron Ficek

**DECLARATION OF AARON FICEK RE SUMMARY JUDGMENT – 2**

Cause No.: 3:21-cv-05258-BHS

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA 98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480  FAX: (360) 357-3511