**The Honorable Benjamin H. Settle**

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| QUENTIN M. PARKER and KATHERINE R. PARKER, husband and wife and the marital community thereof,<br>　　　　　　　　Plaintiffs,<br>vs.<br><br>THE STATE OF WASHINGTON; et al.<br>　　　　　　　　Defendants. | NO. 3:21-cv-05258-BHS<br><br>**DECLARATION OF JOHN E. JUSTICE RE MOTION FOR SUMMARY JUDGMENT** |

I, John E. Justice, hereby declare as follows :

1. I am over the age of 18, am competent to be a witness and have personal knowledge of the following.

2. Attached hereto as exhibit 1 is a true and correct copy a Washington State Patrol Report completed by WSP Detective Kristl Pohl in connection with the criminal investigation and arrest of plaintiff Quentin Parker.

3. Attached hereto as exhibit 2 is a true and correct copy of the text messages sent and received by plaintiff Quentin Parker during the undercover operation referenced in Ex. 1.

4. Attached hereto as exhibit 3 is a true and correct copy of a Washington State Patrol Report completed by NCIS Special Agent Elligson in connection with the criminal investigation and arrest of plaintiff Quentin Parker.

**DECLARATION OF JOHN E. JUSTICE RE MOTION FOR SUMMARY JUDGMENT – 1**

**Cause No.: 3:21-cv-05258-BHS**

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

5. Attached hereto as exhibit 4 is a true and correct copy a the Information charging plaintiff Quentin Parker with two counts of Attempted Rape of a Child in the first degree and Attempted Rape of a Child in the second degree.

6. Attached hereto as exhibit 5 is a true and correct copy a the Thurston County Superior Court's Order finding probable cause for the charges against plaintiff Quentin Parker of two counts of Attempted Rape of a Child in the first degree and Attempted Rape of a Child in the second degree.

7. Attached hereto as exhibit 6 is a true and correct copy a the Thurston County Superior Court's Dismissal Order without Prejudice in Plaintiff Quentin Parker's criminal case.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

Dated this 26th day of January, 2022, at Tumwater, Washington.

*s/ John E. Justice*

_____

John E. Justice

**DECLARATION OF JOHN E. JUSTICE RE MOTION FOR SUMMARY JUDGMENT – 2**

**Cause No.: 3:21-cv-05258-BHS**

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*



# REPORT OF INVESTIGATION
## Assisting Officer's Narrative

Case # 19-004453
Citation #

Officer's Name: Detective Kristl Pohl    Badge No.: 707

Video file name (if applicable): N/A

Video viewed by officer for this report:  ☐ YES  ☒ NO

**Defendant: Parker, Quentin Marcell**
**DOB: 01-26-1988**

**CHARGES:**
**RCW 9A.44.073 – Rape of a child first degree – Attempt two counts**
**RCW 9A.44.076 – Rape of a child second degree – Attempt one count**

On February 17, 2019 Detective Sergeant Rodriguez was working in an undercover (UC) capacity as an adult female who was offering her minor children for sexual exploitation using a social media dating application. Sergeant Rodriguez knows from his training and experience that this site is used by some to exploit minors sexually. The profile description for the UC profile stated:

*"New in town. Single mom. I have three girls. Looking for like minded people that are into ddlg/incest/young taboo. No curious wanted. Only serious. Young fun. Taboo"*

Someone later identified as Quentin Marcell Parker contacted UC Sergeant Rodriguez' persona. Parker acknowledged he reviewed the UC persona profile description. Parker was asked what his favorite ages were, he responded 10-15. Parker's profile on the dating application was a picture of himself with the name Quentin p.

On February 17, 2019 UC Detective Kristl Pohl took over the communication with Parker after he moved to text messaging.

Parker was asked if he was told the girls were 13, 11 and six. He responded, "That's no issue." When asked what his favorite ages were Parker responded, "I like the teens but I can deal with a 6 year old." Parker asked if the mother would be involved and he was told only to watch and make sure the girls were safe and having fun.

Parker was told the rules were:

"no pain, no anal, condoms and lube is required if you want to try any penetration with the older two."

Parker said that he doesn't do anal and he agreed to all of the rules. Parker asked the UC when they could meet. Parker was told the girls like candy. He asked what type and was told, "the little one likes lollipops and the other two like nerds, mike n ikes or anything like that."

The UC asked Parker how big he was. He replied, "6 and a half." He was told he would need lube and he agreed.



# REPORT OF INVESTIGATION
## Assisting Officer's Narrative

Case # 19-004453
Citation #

Officer's Name: Detective Kristl Pohl                Badge No.: 707

---

Parker asked what they like in a daddy. Parker also asked what they do during everyday activities. He was told they were homeschooled along with several other activities and things they like to do. Parker told the UC he was looking forward to being their daddy.

On February 18, 2019, Parker sent a message to the UC mother, "want to meet up." The UC mother asked Parker if he was wanting the girls today, he replied "Yes I would love that." The UC asked Parker if he could bring the condoms and lube, he replied "I got you."

Parker asked what could he bring the girls. The UC told Parker the girls like flavored lube and that she was at work and asked if he wanted to message Sam to ask her. Parker asked what the girls names were. He was told Sam is 13, Anna is 11 and Boo is 6. Parker said he would love to talk to Sam. The UC mother provided Parker a phone number for Sam. UC Detective Pohl communicated with Parker as 13-year-old Sam.

On February 18, 2019, Parker followed the UC mothers' instructions to go to a predetermined location in Thurston County, WA. Surveillance units observed Parker at that location. Parker sent a selfie as instructed from inside the location. Parker sent the UC a text message asking if there was somewhere, he could get the lube because they didn't have it at that location. The UC mother gave Parker another location and surveillance units observed Parker go to that location, enter the store and purchase lubricant. Parker was given the address to the UC residence. Surveillance units followed Parker to the UC residence.

At approximately 4:42PM hours, Parker was placed into custody by the arrest team. Parker had a Samsung Cell phone, a box of KY Yours and Mine Personal Lubricant, a box of KY fire and ice condoms, 2 bags of Mike and Ikes candy and two snickers bar with him at the time of arrest.

Parker was transported to the Thurston County Jail and booked on the above charges.

---

*I certify (or declare) under penalty of perjury under the laws of the State of Washington that this report is true and correct (RCW 9A.72.085):*

| Officer's Signature | Officer's Printed Name<br>Kristl Pohl | Badge #<br>707 | Date Signed<br>2-19-2019 |
|---|---|---|---|
| Place Signed<br>Thurston | Reviewed by (Signature)* | Reviewed by (Printed Name)*<br>Sgt. Carlos Rodriguez | Badge #<br>198 | Date Signed<br>2-19-2019 |

*Report is valid without review.

# Detail for 253-201-1416

| Date | Time | Number | Type | Direction | Content | Min. | File Name | MD5 Hash |
|---|---|---|---|---|---|---|---|---|
| 2019/02/17 | 11:40:17 AM PST | 478-419-3628 | SMS | Outgoing | is this Quentin from skout? | | 2019-02-17_11-40-17_PST.txt | |
| 2019/02/17 | 11:43:39 AM PST | 478-419-3628 | SMS | Incoming | Yes | | 2019-02-17_11-43-39_PST.txt | |
| 2019/02/17 | 11:44:53 AM PST | 478-419-3628 | SMS | Outgoing | i lost all my messages last night. I only have the last one you sent. Will you remind me what we talked about, I got a lot of responses | | 2019-02-17_11-44-53_PST.txt | |
| 2019/02/17 | 11:45:11 AM PST | 478-419-3628 | SMS | Incoming | Ddlg | | 2019-02-17_11-45-11_PST.txt | |
| 2019/02/17 | 11:46:45 AM PST | 478-419-3628 | SMS | Outgoing | Did I tell you my girls are 13, 11 and 6 | | 2019-02-17_11-46-45_PST.txt | |
| 2019/02/17 | 11:52:04 AM PST | 478-419-3628 | SMS | Incoming | Thats no issue | | 2019-02-17_11-52-04_PST.txt | |
| 2019/02/17 | 11:52:50 AM PST | 478-419-3628 | SMS | Outgoing | whats your favorite age? | | 2019-02-17_11-52-50_PST.txt | |
| 2019/02/17 | 11:54:35 AM PST | 478-419-3628 | SMS | Incoming | I like the teens but i can deal with a 6 year old | | 2019-02-17_11-54-35_PST.txt | |
| 2019/02/17 | 12:00:48 PM PST | 478-419-3628 | SMS | Outgoing | deal with? | | 2019-02-17_12-00-48_PST.txt | |
| 2019/02/17 | 12:35:21 PM PST | 478-419-3628 | SMS | Incoming | I can handle a 6 year old | | 2019-02-17_12-35-21_PST.txt | |
| 2019/02/17 | 12:37:32 PM PST | 478-419-3628 | SMS | Outgoing | ok. what would you like to teach? how would you like to start? | | 2019-02-17_12-37-32_PST.txt | |
| 2019/02/17 | 02:13:40 PM PST | 478-419-3628 | SMS | Incoming | Id have to meet them and gauge how they are | | 2019-02-17_14-13-40_PST.txt | |
| 2019/02/17 | 02:17:32 PM PST | 478-419-3628 | SMS | Outgoing | understanable. theyve had some experience already | | 2019-02-17_14-17-32_PST.txt | |
| 2019/02/17 | 02:31:09 PM PST | 478-419-3628 | SMS | Incoming | Im sure. Thats why i said what I said | | 2019-02-17_14-31-09_PST.txt | |
| 2019/02/17 | 02:32:30 PM PST | 478-419-3628 | SMS | Outgoing | oh ok | | 2019-02-17_14-32-30_PST.txt | |
| 2019/02/17 | 02:37:07 PM PST | 478-419-3628 | SMS | Incoming | What about you. What are you into | | 2019-02-17_14-37-07_PST.txt | |
| 2019/02/17 | 02:39:30 PM PST | 478-419-3628 | SMS | Outgoing | i love little boys 10-13 | | 2019-02-17_14-39-30_PST.txt | |
| 2019/02/17 | 03:16:24 PM PST | 478-419-3628 | SMS | Incoming | You like control huh? | | 2019-02-17_15-16-24_PST.txt | |
| 2019/02/17 | 03:19:52 PM PST | 478-419-3628 | SMS | Outgoing | yes. i love teaching the boys as they are just hitting puberty and giving them their firsts | | 2019-02-17_15-19-52_PST.txt | |

# Detail for 253-201-1416

| Date | Time | Number | Type | Direction | Content | Min. | File Name | MD5 Hash |
|---|---|---|---|---|---|---|---|---|
| 2019/02/17 | 03:20:35 PM PST | 478-419-3628 | SMS | Incoming | Oh ok. Would you like to meet sometimes | | 2019-02-17_15-20-35_PST.txt | |
| 2019/02/17 | 03:25:46 PM PST | 478-419-3628 | SMS | Outgoing | yes i would | | 2019-02-17_15-25-46_PST.txt | |
| 2019/02/17 | 03:26:22 PM PST | 478-419-3628 | SMS | Outgoing | did i go over the rules with you? | | 2019-02-17_15-26-22_PST.txt | |
| 2019/02/17 | 03:26:55 PM PST | 478-419-3628 | SMS | Incoming | No you did not | | 2019-02-17_15-26-55_PST.txt | |
| 2019/02/17 | 03:29:39 PM PST | 478-419-3628 | SMS | Outgoing | no pain, no anal, condoms and lube is required if you want to try any penetration with the older two | | 2019-02-17_15-29-39_PST.txt | |
| 2019/02/17 | 03:30:10 PM PST | 478-419-3628 | SMS | Outgoing | they have to be having fun and enjoy what is happening and you have to have control and be patient with them | | 2019-02-17_15-30-10_PST.txt | |
| 2019/02/17 | 03:30:29 PM PST | 478-419-3628 | SMS | Incoming | I understand that | | 2019-02-17_15-30-29_PST.txt | |
| 2019/02/17 | 03:30:38 PM PST | 478-419-3628 | SMS | Incoming | I dont do anal | | 2019-02-17_15-30-38_PST.txt | |
| 2019/02/17 | 03:31:35 PM PST | 478-419-3628 | SMS | Outgoing | 😀 | | 2019-02-17_15-31-35_PST.txt | |
| 2019/02/17 | 03:32:26 PM PST | 478-419-3628 | SMS | Outgoing | i need you to agree to all of the rules | | 2019-02-17_15-32-26_PST.txt | |
| 2019/02/17 | 03:32:42 PM PST | 478-419-3628 | SMS | Outgoing | if you want to meet them | | 2019-02-17_15-32-42_PST.txt | |
| 2019/02/17 | 03:37:24 PM PST | 478-419-3628 | SMS | Incoming | I agree to all of the rules. | | 2019-02-17_15-37-24_PST.txt | |
| 2019/02/17 | 03:45:03 PM PST | 478-419-3628 | SMS | Outgoing | ok what would you like to do? how would you start with them? | | 2019-02-17_15-45-03_PST.txt | |
| 2019/02/17 | 03:47:08 PM PST | 478-419-3628 | SMS | Incoming | I would talk to them first and foremost. Let them know who i am. After ive shown them who i am i would go fron there | | 2019-02-17_15-47-08_PST.txt | |
| 2019/02/17 | 03:48:21 PM PST | 478-419-3628 | SMS | Outgoing | thats a good start | | 2019-02-17_15-48-21_PST.txt | |
| 2019/02/17 | 03:48:41 PM PST | 478-419-3628 | SMS | Incoming | Do you have pictures of them | | 2019-02-17_15-48-41_PST.txt | |
| 2019/02/17 | 03:53:46 PM PST | 478-419-3628 | SMS | Outgoing | let me go over a couple rules first if thats ok. I set up some specific rules to keep me/us safe | | 2019-02-17_15-53-46_PST.txt | |
| 2019/02/17 | 03:55:00 PM PST | 478-419-3628 | SMS | Incoming | Sure | | 2019-02-17_15-55-00_PST.txt | |

## Detail for 253-201-1416

| Date | Time | Number | Type | Direction | Content | Min. | File Name | MD5 Hash |
|---|---|---|---|---|---|---|---|---|
| 2019/02/17 | 03:56:10 PM PST | 478-419-3628 | SMS | Outgoing | i wil never send nudes. i dont have enought trust in people to do that. we start with pic of me for pic of you then the oldest only If we ever meet you the first time you would have to to a place close to my house and send me a picture to prove you are there and any pics youve sent before matches the pic you send from there. I will either come meet you there and you can follow me back to the house or i will just give you the address up to you. | | 2019-02-17_15-56-10_PST.txt | |
| 2019/02/17 | 03:56:29 PM PST | 478-419-3628 | SMS | Outgoing | if you and i want to meet first for coffee thats is fine too | | 2019-02-17_15-56-29_PST.txt | |
| 2019/02/17 | 03:56:45 PM PST | 478-419-3628 | SMS | Outgoing | sorry if this seems like a lot but i had a cousin that got sent to prison for kiddie porn and ive had guys try to catfish me before | | 2019-02-17_15-56-45_PST.txt | |
| 2019/02/17 | 04:47:55 PM PST | 478-419-3628 | SMS | Incoming | I understand.  When would you like to meet | | 2019-02-17_16-47-55_PST.txt | |
| 2019/02/17 | 04:57:46 PM PST | 478-419-3628 | SMS | Outgoing | when are u available?  i would also need to tell them what to expect you will want them to do | | 2019-02-17_16-57-46_PST.txt | |
| 2019/02/17 | 05:12:13 PM PST | 478-419-3628 | SMS | Incoming | Im available now. I dont want them to so anything right now. I want to meet them | | 2019-02-17_17-12-13_PST.txt | |

# Detail for 253-201-1416

| Date | Time | Number | Type | Direction | Content | Min. | File Name | MD5 Hash |
|---|---|---|---|---|---|---|---|---|
| 2019/02/17 | 05:22:11 PM PST | 478-419-3628 | SMS | Incoming | If you want me to teach them i need to know how to react to the on a deeper level. I need to learn there ins in outs. | | 2019-02-17_17-22-11_PST.txt | |
| 2019/02/17 | 07:18:04 PM PST | 478-419-3628 | SMS | Outgoing | they no what to expect hun. they want this, they ask for it. | | 2019-02-17_19-18-04_PST.txt | |
| 2019/02/17 | 07:25:48 PM PST | 478-419-3628 | SMS | Incoming | Ok. Let me know when they want to meet then | | 2019-02-17_19-25-48_PST.txt | |
| 2019/02/17 | 07:26:57 PM PST | 478-419-3628 | SMS | Outgoing | u no you wont be able to resist them right? | | 2019-02-17_19-26-57_PST.txt | |
| 2019/02/17 | 07:27:48 PM PST | 478-419-3628 | SMS | Incoming | Im looking forwards to that lol | | 2019-02-17_19-27-48_PST.txt | |
| 2019/02/17 | 07:30:23 PM PST | 478-419-3628 | SMS | Outgoing | something that helps break the ice is candy.  the girls all have a sweet tooth | | 2019-02-17_19-30-23_PST.txt | |
| 2019/02/17 | 07:30:55 PM PST | 478-419-3628 | SMS | Incoming | For what type of candy | | 2019-02-17_19-30-55_PST.txt | |
| 2019/02/17 | 07:32:13 PM PST | 478-419-3628 | SMS | Outgoing | the little one likes lollipops and the other two like nerds, mike n ikes or anything like that | | 2019-02-17_19-32-13_PST.txt | |
| 2019/02/17 | 07:33:32 PM PST | 478-419-3628 | SMS | Outgoing | how big are u | | 2019-02-17_19-33-32_PST.txt | |
| 2019/02/17 | 07:33:46 PM PST | 478-419-3628 | SMS | Incoming | 6 and a half | | 2019-02-17_19-33-46_PST.txt | |
| 2019/02/17 | 07:35:07 PM PST | 478-419-3628 | SMS | Outgoing | thats good but will definatley need lube | | 2019-02-17_19-35-07_PST.txt | |
| 2019/02/17 | 07:36:20 PM PST | 478-419-3628 | SMS | Incoming | Yeah. | | 2019-02-17_19-36-20_PST.txt | |
| 2019/02/17 | 07:40:44 PM PST | 478-419-3628 | SMS | Incoming | Yeah. | | 2019-02-17_19-40-44_PST.txt | |
| 2019/02/17 | 07:40:58 PM PST | 478-419-3628 | SMS | Incoming | What are you doing right now??? Just wondering | | 2019-02-17_19-40-58_PST.txt | |
| 2019/02/17 | 07:44:28 PM PST | 478-419-3628 | SMS | Outgoing | not much. why? | | 2019-02-17_19-44-28_PST.txt | |
| 2019/02/17 | 07:50:01 PM PST | 478-419-3628 | SMS | Outgoing | you want me to call you? | | 2019-02-17_19-50-01_PST.txt | |
| 2019/02/17 | 07:51:53 PM PST | 478-419-3628 | SMS | Incoming | I got company over right now | | 2019-02-17_19-51-53_PST.txt | |
| 2019/02/17 | 07:52:03 PM PST | 478-419-3628 | SMS | Incoming | Ill call you when i get the chance | | 2019-02-17_19-52-03_PST.txt | |
| 2019/02/17 | 07:52:28 PM PST | 478-419-3628 | SMS | Outgoing | ok just text me first | | 2019-02-17_19-52-28_PST.txt | |
| 2019/02/17 | 07:57:58 PM PST | 478-419-3628 | SMS | Incoming | Ok. Are you open to eoing anything as well | | 2019-02-17_19-57-58_PST.txt | |

# Detail for 253-201-1416

| Date | Time | Number | Type | Direction | Content | Min. | File Name | MD5 Hash |
|---|---|---|---|---|---|---|---|---|
| 2019/02/17 | 07:58:03 PM PST | 478-419-3628 | SMS | Incoming | Doing?? | | 2019-02-17_19-58-03_PST.txt | |
| 2019/02/17 | 08:01:46 PM PST | 478-419-3628 | SMS | Outgoing | no i only watch to make sure they are safe and having fun. if your looking for me then that not going to happen hun | | 2019-02-17_20-01-46_PST.txt | |
| 2019/02/17 | 08:02:44 PM PST | 478-419-3628 | SMS | Incoming | I was just asking. Everything is good. | | 2019-02-17_20-02-44_PST.txt | |
| 2019/02/17 | 08:03:10 PM PST | 478-419-3628 | SMS | Incoming | I was just making sure | | 2019-02-17_20-03-10_PST.txt | |
| 2019/02/17 | 08:04:10 PM PST | 478-419-3628 | SMS | Outgoing | ok | | 2019-02-17_20-04-10_PST.txt | |
| 2019/02/17 | 08:09:16 PM PST | 478-419-3628 | SMS | Incoming | What types of things do they like | | 2019-02-17_20-09-16_PST.txt | |
| 2019/02/17 | 08:09:27 PM PST | 478-419-3628 | SMS | Incoming | As far as in a daddy | | 2019-02-17_20-09-27_PST.txt | |
| 2019/02/17 | 08:13:02 PM PST | 478-419-3628 | SMS | Outgoing | they like someone that is patient and very encouraging. they like to try new things and reallly like top pleasing | | 2019-02-17_20-13-02_PST.txt | |
| 2019/02/17 | 08:13:34 PM PST | 478-419-3628 | SMS | Incoming | Ok. | | 2019-02-17_20-13-34_PST.txt | |
| 2019/02/17 | 08:22:46 PM PST | 478-419-3628 | SMS | Outgoing | dont feel like you have to handle all 3 at once either.  if you've never done this before that can be a bit overwhelming. | | 2019-02-17_20-22-46_PST.txt | |
| 2019/02/17 | 08:56:52 PM PST | 478-419-3628 | SMS | Incoming | I understand. | | 2019-02-17_20-56-52_PST.txt | |
| 2019/02/17 | 08:59:00 PM PST | 478-419-3628 | SMS | Incoming | What do they do during their everyday activities | | 2019-02-17_20-59-00_PST.txt | |
| 2019/02/17 | 09:04:24 PM PST | 478-419-3628 | SMS | Outgoing | i homeshcool them.  So they do school work.  They like do go shopping and they like to run errands with me and help around the house (sometimes lol).  The watch movies and the 2 youngest still play with dolls. They all 3 like to dress up and be girly and paint their nails. | | 2019-02-17_21-04-24_PST.txt | |

# Detail for 253-201-1416

| Date | Time | Number | Type | Direction | Content | Min. | File Name | MD5 Hash |
|---|---|---|---|---|---|---|---|---|
| 2019/02/17 | 09:09:43 PM PST | 478-419-3628 | SMS | Incoming | Oh ok | | 2019-02-17_21-09-43_PST.txt | |
| 2019/02/17 | 09:25:04 PM PST | 478-419-3628 | SMS | Outgoing | what about you? | | 2019-02-17_21-25-04_PST.txt | |
| 2019/02/17 | 09:37:55 PM PST | 478-419-3628 | SMS | Incoming | I go to work and come back to my room | | 2019-02-17_21-37-55_PST.txt | |
| 2019/02/17 | 09:40:31 PM PST | 478-419-3628 | SMS | Outgoing | thats boring.  what kinda work? | | 2019-02-17_21-40-31_PST.txt | |
| 2019/02/17 | 09:41:55 PM PST | 478-419-3628 | SMS | Incoming | Im jonestly not allowed to say. I jist moved here from va. Personally i go out every  now and then but bot all the time though | | 2019-02-17_21-41-55_PST.txt | |
| 2019/02/17 | 09:44:38 PM PST | 478-419-3628 | SMS | Outgoing | ohhhh must be cia 😉 | | 2019-02-17_21-44-38_PST.txt | |
| 2019/02/17 | 09:50:00 PM PST | 478-419-3628 | SMS | Incoming | Its pretty top secret yes | | 2019-02-17_21-50-00_PST.txt | |
| 2019/02/17 | 09:52:55 PM PST | 478-419-3628 | SMS | Outgoing | oh the girls will think thats super cool | | 2019-02-17_21-52-55_PST.txt | |
| 2019/02/17 | 09:55:00 PM PST | 478-419-3628 | SMS | Incoming | Thats good | | 2019-02-17_21-55-00_PST.txt | |
| 2019/02/17 | 09:55:25 PM PST | 478-419-3628 | SMS | Incoming | I look forwards to being their dsddy | | 2019-02-17_21-55-25_PST.txt | |
| 2019/02/17 | 09:56:57 PM PST | 478-419-3628 | SMS | Incoming | Whats the biggest size they have experienced | | 2019-02-17_21-56-57_PST.txt | |
| 2019/02/17 | 09:57:15 PM PST | 478-419-3628 | SMS | Outgoing | i think they will like their new daddy | | 2019-02-17_21-57-15_PST.txt | |
| 2019/02/17 | 09:57:50 PM PST | 478-419-3628 | SMS | Outgoing | he was probably around 6. | | 2019-02-17_21-57-50_PST.txt | |
| 2019/02/17 | 09:58:36 PM PST | 478-419-3628 | SMS | Incoming | Why did he stop | | 2019-02-17_21-58-36_PST.txt | |
| 2019/02/17 | 09:59:15 PM PST | 478-419-3628 | SMS | Outgoing | he was military and got transfered to Georgia | | 2019-02-17_21-59-15_PST.txt | |
| 2019/02/17 | 10:01:34 PM PST | 478-419-3628 | SMS | Incoming | Oh ok. Interesting. They like military men huh? | | 2019-02-17_22-01-34_PST.txt | |
| 2019/02/17 | 10:02:27 PM PST | 478-419-3628 | SMS | Incoming | What are you doing tomorrow? | | 2019-02-17_22-02-27_PST.txt | |
| 2019/02/17 | 10:30:37 PM PST | 478-419-3628 | SMS | Outgoing | yes they love military men. | | 2019-02-17_22-30-37_PST.txt | |
| 2019/02/17 | 10:31:32 PM PST | 478-419-3628 | SMS | Incoming | Would you like to meet tomorrow | | 2019-02-17_22-31-32_PST.txt | |

# Detail for 253-201-1416

| Date | Time | Number | Type | Direction | Content | Min. | File Name | MD5 Hash |
|---|---|---|---|---|---|---|---|---|
| 2019/02/17 | 10:31:42 PM PST | 478-419-3628 | SMS | Outgoing | what are we doing tomorrow? were meeting up somewhere then your coming back to the house for your playtime 😉 | | 2019-02-17_22-31-42_PST.txt | |
| 2019/02/17 | 10:32:55 PM PST | 478-419-3628 | SMS | Incoming | Yes | | 2019-02-17_22-32-55_PST.txt | |
| 2019/02/17 | 10:39:31 PM PST | 478-419-3628 | SMS | Outgoing | yay. do you have to work tomorrow? | | 2019-02-17_22-39-31_PST.txt | |
| 2019/02/17 | 11:41:23 PM PST | 478-419-3628 | SMS | Outgoing | did you fall asleep? | | 2019-02-17_23-41-23_PST.txt | |
| 2019/02/18 | 07:04:08 AM PST | 478-419-3628 | SMS | Incoming | I did fall sleep and no i dont work tomorrow | | 2019-02-18_07-04-08_PST.txt | |
| 2019/02/18 | 09:45:43 AM PST | 478-419-3628 | SMS | Incoming | Good morning | | 2019-02-18_09-45-43_PST.txt | |
| 2019/02/18 | 10:15:52 AM PST | 478-419-3628 | SMS | Outgoing | Good morning | | 2019-02-18_10-15-52_PST.txt | |
| 2019/02/18 | 11:53:51 AM PST | 478-419-3628 | SMS | Incoming | How are you | | 2019-02-18_11-53-51_PST.txt | |
| 2019/02/18 | 12:12:48 PM PST | 478-419-3628 | SMS | Outgoing | not bad. working right now so will be better when im done. how are u? | | 2019-02-18_12-12-48_PST.txt | |
| 2019/02/18 | 01:33:12 PM PST | 478-419-3628 | SMS | Incoming | Im good. What time do you get off | | 2019-02-18_13-33-12_PST.txt | |
| 2019/02/18 | 01:37:36 PM PST | 478-419-3628 | SMS | Outgoing | i should be done by 4. | | 2019-02-18_13-37-36_PST.txt | |
| 2019/02/18 | 01:40:33 PM PST | 478-419-3628 | SMS | Incoming | Want to meet up | | 2019-02-18_13-40-33_PST.txt | |
| 2019/02/18 | 01:41:20 PM PST | 478-419-3628 | SMS | Outgoing | you wantin the girls today hun? | | 2019-02-18_13-41-20_PST.txt | |
| 2019/02/18 | 01:41:47 PM PST | 478-419-3628 | SMS | Incoming | Yes i would love that | | 2019-02-18_13-41-47_PST.txt | |
| 2019/02/18 | 01:43:48 PM PST | 478-419-3628 | SMS | Outgoing | should i tell them hun? i dont want to tell them unless your serious cause they get really excited | | 2019-02-18_13-43-48_PST.txt | |
| 2019/02/18 | 01:45:02 PM PST | 478-419-3628 | SMS | Incoming | You should tell them. I can only stay until 630 though. I have to be to work at 7. | | 2019-02-18_13-45-02_PST.txt | |
| 2019/02/18 | 01:50:07 PM PST | 478-419-3628 | SMS | Outgoing | how long did you want to spend wth them hun? i might be able to get done a little earlier | | 2019-02-18_13-50-07_PST.txt | |
| 2019/02/18 | 01:53:06 PM PST | 478-419-3628 | SMS | Incoming | 3 hrs atleast. | | 2019-02-18_13-53-06_PST.txt | |

# Detail for 253-201-1416

| Date | Time | Number | Type | Direction | Content | Min. | File Name | MD5 Hash |
|---|---|---|---|---|---|---|---|---|
| 2019/02/18 | 01:57:00 PM PST | 478-419-3628 | SMS | Outgoing | k ill try to be done early hun i might be able to be back home by 330 | | 2019-02-18_13-57-00_PST.txt | |
| 2019/02/18 | 01:57:07 PM PST | 478-419-3628 | SMS | Outgoing | if that works | | 2019-02-18_13-57-07_PST.txt | |
| 2019/02/18 | 01:59:20 PM PST | 478-419-3628 | SMS | Incoming | Thats fine | | 2019-02-18_13-59-20_PST.txt | |
| 2019/02/18 | 02:01:26 PM PST | 478-419-3628 | SMS | Outgoing | ill text sam on my next break to let her know and get the littles ready. | | 2019-02-18_14-01-26_PST.txt | |
| 2019/02/18 | 02:02:41 PM PST | 478-419-3628 | SMS | Incoming | Sounds like a plan | | 2019-02-18_14-02-41_PST.txt | |
| 2019/02/18 | 02:03:42 PM PST | 478-419-3628 | SMS | Outgoing | you want them wearing anything special? | | 2019-02-18_14-03-42_PST.txt | |
| 2019/02/18 | 02:06:20 PM PST | 478-419-3628 | SMS | Incoming | Daddy loves surprises | | 2019-02-18_14-06-20_PST.txt | |
| 2019/02/18 | 02:07:40 PM PST | 478-419-3628 | SMS | Outgoing | k.  can u bring the condoms and lube?  i dont have any | | 2019-02-18_14-07-40_PST.txt | |
| 2019/02/18 | 02:09:19 PM PST | 478-419-3628 | SMS | Incoming | I got you | | 2019-02-18_14-09-19_PST.txt | |
| 2019/02/18 | 02:10:34 PM PST | 478-419-3628 | SMS | Outgoing | k i told Sam they are really excited hun.  they want to know what they get to do with you tonight | | 2019-02-18_14-10-34_PST.txt | |
| 2019/02/18 | 02:18:00 PM PST | 478-419-3628 | SMS | Incoming | Tell them that daddy likes to give surprises as well | | 2019-02-18_14-18-00_PST.txt | |
| 2019/02/18 | 02:40:13 PM PST | 478-419-3628 | SMS | Incoming | What would they like daddy to bring them | | 2019-02-18_14-40-13_PST.txt | |
| 2019/02/18 | 02:42:41 PM PST | 478-419-3628 | SMS | Outgoing | the candy we talked about yesterday.  and if you are going to stop and by lube the girls really like the flavored kind if you can find it | | 2019-02-18_14-42-41_PST.txt | |
| 2019/02/18 | 02:47:44 PM PST | 478-419-3628 | SMS | Incoming | Ok | | 2019-02-18_14-47-44_PST.txt | |
| 2019/02/18 | 02:47:52 PM PST | 478-419-3628 | SMS | Outgoing | im trying to finish up hun do you want to message Sam and ask her to? | | 2019-02-18_14-47-52_PST.txt | |

# Detail for 253-201-1416

| Date | Time | Number | Type | Direction | Content | Min. | File Name | MD5 Hash |
|---|---|---|---|---|---|---|---|---|
| 2019/02/18 | 02:49:34 PM PST | 478-419-3628 | SMS | Incoming | Who is sam. Yes i would love that. You never told me what their names were | | 2019-02-18_14-49-34_PST.txt | |
| 2019/02/18 | 02:50:11 PM PST | 478-419-3628 | SMS | Outgoing | sam is the 13 anna is 11 and boo is 6 | | 2019-02-18_14-50-11_PST.txt | |
| 2019/02/18 | 02:51:02 PM PST | 478-419-3628 | SMS | Incoming | Ok. I would love to ask sam | | 2019-02-18_14-51-02_PST.txt | |
| 2019/02/18 | 02:51:21 PM PST | 478-419-3628 | SMS | Outgoing | sams # 360-810-5202 | | 2019-02-18_14-51-21_PST.txt | |
| 2019/02/18 | 03:22:32 PM PST | 478-419-3628 | SMS | Outgoing | im done hun it will take me a few minutes to get home. are you still coming at 330? | | 2019-02-18_15-22-32_PST.txt | |
| 2019/02/18 | 03:24:45 PM PST | 478-419-3628 | SMS | Incoming | Yes . Where would you like me to meet you | | 2019-02-18_15-24-45_PST.txt | |
| 2019/02/18 | 03:26:47 PM PST | 478-419-3628 | SMS | Outgoing | since im trying to get home to get make sure the girls are ready  can u just go to the jackpot gas station on harrison an take a pic then ill send u our addrss?  is that ok hun | | 2019-02-18_15-26-47_PST.txt | |
| 2019/02/18 | 03:30:56 PM PST | 478-419-3628 | SMS | Incoming | That is fine | | 2019-02-18_15-30-56_PST.txt | |
| 2019/02/18 | 03:32:29 PM PST | 478-419-3628 | SMS | Incoming | Is that the one in olypmpia | | 2019-02-18_15-32-29_PST.txt | |
| 2019/02/18 | 03:33:05 PM PST | 478-419-3628 | SMS | Outgoing | yes. let me get u the addrss to it hold on | | 2019-02-18_15-33-05_PST.txt | |
| 2019/02/18 | 03:34:05 PM PST | 478-419-3628 | SMS | Outgoing | 1802 Harrison ave nw | | 2019-02-18_15-34-05_PST.txt | |
| 2019/02/18 | 03:52:31 PM PST | 478-419-3628 | SMS | Outgoing | where u at? | | 2019-02-18_15-52-31_PST.txt | |
| 2019/02/18 | 04:00:45 PM PST | 478-419-3628 | SMS | Incoming | Almost there | | 2019-02-18_16-00-45_PST.txt | |
| 2019/02/18 | 04:01:06 PM PST | 478-419-3628 | SMS | Incoming | I have yo go into the storr | | 2019-02-18_16-01-06_PST.txt | |
| 2019/02/18 | 04:01:48 PM PST | 478-419-3628 | SMS | Outgoing | ok hun | | 2019-02-18_16-01-48_PST.txt | |
| 2019/02/18 | 04:09:38 PM PST | 478-419-3628 | SMS | Incoming | Im here | | 2019-02-18_16-09-38_PST.txt | |
| 2019/02/18 | 04:11:57 PM PST | 478-419-3628 | SMS | Outgoing | send me a pic and ill send the address | | 2019-02-18_16-11-57_PST.txt | |
| 2019/02/18 | 04:14:23 PM PST | 478-419-3628 | MMS | Incoming | | | 2019-02-18_16-14-23_PST_1.jpg | d0a3943c7a44c84653d602bbef4e57f9 |
| 2019/02/18 | 04:15:10 PM PST | 478-419-3628 | SMS | Outgoing | yay.  137 Rogers St. NW | | 2019-02-18_16-15-10_PST.txt | |

# Detail for 253-201-1416

| Date | Time | Number | Type | Direction | Content | Min. | File Name | MD5 Hash |
|---|---|---|---|---|---|---|---|---|
| 2019/02/18 | 04:18:18 PM PST | 1478-419-3628 | SMS | Incoming | Is there somewhere i can go to get lube. They didnt sell it at this store | | 2019-02-18_16-18-18_PST.txt | |
| 2019/02/18 | 04:20:00 PM PST | 1478-419-3628 | SMS | Outgoing | theres a target by the mall | | 2019-02-18_16-20-00_PST.txt | |
| 2019/02/18 | 04:20:21 PM PST | 1478-419-3628 | SMS | Outgoing | they should have it there | | 2019-02-18_16-20-21_PST.txt | |
| 2019/02/18 | 04:22:24 PM PST | 1478-419-3628 | SMS | Outgoing | you need me to look up the address? | | 2019-02-18_16-22-24_PST.txt | |
| 2019/02/18 | 04:31:14 PM PST | 1478-419-3628 | SMS | Incoming | I got it. They didnt have flavor lube | | 2019-02-18_16-31-14_PST.txt | |
| 2019/02/18 | 04:31:47 PM PST | 1478-419-3628 | SMS | Outgoing | ok thats fine hun | | 2019-02-18_16-31-47_PST.txt | |
| 2019/02/18 | 04:43:17 PM PST | 1478-419-3628 | SMS | Outgoing | test test | | 2019-02-18_16-43-17_PST.txt | |
| 2019/02/18 | 04:47:04 PM PST | 1478-419-3628 | SMS | Outgoing | test test | | 2019-02-18_16-47-04_PST.txt | |



# REPORT OF INVESTIGATION
## Assisting Officer's Narrative

Case # 19-004453

Citation #

Officer's Name: __NCIS Special Agent Sara Elligson__    Badge No.: __5796__

Video file name (if applicable): __19-004453__

Video viewed by officer for this report: ☒ YES  ☐ NO

---

The Washington State Patrol (WSP) Missing and Exploited Children Task Force (MECTF) in partnership with other allied agencies conducted an undercover operation involving online advertisements. Undercover (UC) personas were developed to answer and post advertisements online. Chats were established with targets using different undercover roles involving children. Targets were guided to a residence or location in Thurston County, Washington. The targets were arrested and interviewed.

Naval Criminal Investigative Service (NCIS) Special Agent (SA) Sara Elligson was present during the operation and acted in the undercover (UC) capacity answering the door at the residence. SA Elligson acted as the mother of three female children, ages 13, 11, and 6.

On February 18, 2019 at approximately 1638 hours PARKER, Quentin Marcell (DOB: 1/26/1988) arrived at a residence in Olympia, WA. SA Elligson opened the door and observed PARKER. SA Elligson greeted PARKER, commented on his appearance, and invited PARKER inside. PARKER entered the threshold of the residence. SA Elligson requested PARKER remove his shoes; PARKER complied. SA Elligson asked PARKER if he had the lube twice; PARKER replied in the affirmative. SA Elligson stated the girls were trying on outfits and left the room.

The arrest team took over after SA Elligson departed the entryway of the home.

This completed SA Elligson's involvement with this case.

---

*I certify (or declare) under penalty of perjury under the laws of the State of Washington that this report is true and correct (RCW 9A.72.085):*

| Officer's Signature | Officer's Printed Name<br>Sara Elligson | Badge #<br>5796 | Date Signed<br>02/19/2019 |
|---|---|---|---|
| Place Signed<br>Olympia WA. | Reviewed by (Signature)* | Reviewed by (Printed Name)* | Badge # | Date Signed |

*Report is valid without review.

E-FILED
THURSTON COUNTY, WA
SUPERIOR COURT
02/20/2019 10:39:31 AM
Linda Myhre Enlow
Thurston County Clerk

**IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR THURSTON COUNTY**

STATE OF WASHINGTON,
                              Plaintiff,
vs.

QUENTIN MARCELL PARKER
DESC: B/M/505/160/BRN/BLK
DOB: [redacted]
DL: [redacted]
DL STATE: VA
SID: UNKNOWN FBI: UNKNOWN
BOOKING NO. C0209518
PCN: 767386397
                              Defendant.

NO. 19-1-00354-34

**INFORMATION**

SHAWN HORLACHER
Deputy Prosecuting Attorney

Jointly Charged with Co-Defendant(s):
N/A

    Comes now the Prosecuting Attorney in and for Thurston County, Washington, and charges the defendant with the following crime(s):

**COUNT 1 -ATTEMPTED RAPE OF A CHILD IN THE FIRST DEGREE, RCW 9A.28.020 AND 9A.44.073 – CLASS A FELONY:**

In that the defendant, QUENTIN MARCELL PARKER, in the State of Washington, on or about February 18, 2019, in an incident separate and distinct from Count 2, with the intent to commit the crime of rape of a child in the first degree, did take a substantial step toward having sexual intercourse with a minor child, a child less than twelve years old who was not married to the defendant, and the defendant would have been at least twenty-four months older than the minor child.

**COUNT 2 -ATTEMPTED RAPE OF A CHILD IN THE FIRST DEGREE, RCW 9A.28.020 AND 9A.44.073 – CLASS A FELONY:**

In that the defendant, QUENTIN MARCELL PARKER, in the State of Washington, on or about February 18, 2019, in an incident separate and distinct from Count 1, with the intent to commit the crime of rape of a child in the first degree, did take a substantial step toward having sexual intercourse with a minor child, a child less than twelve years old who was not married to the defendant, and the defendant would have been at least twenty-four months older than the minor child.

INFORMATION

**JON TUNHEIM**
Thurston County Prosecuting Attorney
2000 Lakeridge Drive S.W.
Olympia, WA 98502
360/786-5540 Fax 360/754-3358

**COUNT -3 - ATTEMPTED RAPE OF A CHILD IN THE SECOND DEGREE, RCW 9A.28.020 AND 9A.44.076 - CLASS A FELONY:**

In that the defendant, QUENTIN MARCELL PARKER, in the State of Washington, on or about February 18, 2019, with the intent to commit the crime of rape of a child in the second degree, did take a substantial step toward having sexual intercourse with a minor child, a child at least twelve years old but less than fourteen years old who was not married to the defendant, and the defendant would have been at least thirty-six months older than the minor child.

DATED this 20 day of February, 2019.

SHAWN HORLACHER, WSBA# 45064
Deputy Prosecuting Attorney

INFORMATION

**JON TUNHEIM**
Thurston County Prosecuting Attorney
2000 Lakeridge Drive S.W.
Olympia, WA 98502
360/786-5540 Fax 360/754-3358

```
19-1-00354-34
ORECRP        5
Order Establishing Conditions of Release
4925140
```

E-FILED
THURSTON COUNTY, WA
SUPERIOR COURT
02/19/2019 - 4:39 PM
Linda Myhre Enlow
Thurston County Clerk

**SUPERIOR COURT OF WASHINGTON
IN AND FOR THURSTON COUNTY**

NO. 19-1-00354-34

STATE OF WASHINGTON,
                Plaintiff,
   vs.
QUENTIN MARCELL PARKER
                Defendant.

**ORDER ON CONDITIONS OF RELEASE
(ORECRP)
BOOKING: C0209518**

IT IS HEREBY ORDERED that the above named Defendant abide by the following conditions of release:

☑ The Court finds probable cause for the following crimes:
ATTEMPTED RAPE OF A CHILD IN THE FIRST DEGREE, (2 COUNTS) AND ATTEMPTED RAPE OF A CHILD IN THE SECOND DEGREE

☐ The Court has previously found probable cause.

☐ The defendant is held in custody until:       ☐ Further Order

☑ **Release on bail/bond**
   $ 75,000.00  Cash/Bond
   ☐ Consecutive with
   ☐ Concurrent with
   ☐ Address must be verified by Pretrial services before release
   ☐ Return to court for conditions if posted    ☐ 10% Cash Posting Allowed    ☐ POSTED
   ☐ Bail previously posted may be applied to the bail amount set today, if the bail bond company files with the court approval of this in writing.

☐ **Released without Bail/Bond**
   ☐ Personal Recognizance    ☐ Address must be verified by Pretrial services before release

☐ **Pre-Disposition OPTIONS**
   ☐ Work Release    ☐ Electronic Monitoring
   ☐ Other:

☑ **THIS ORDER EXPIRES IF CHARGES ARE NOT FILED BY:** Date: 02/21/19    Time: 5:00 p.m.

☑ **Reside at the following Address:**
7228 GARCIA BL APT B, JBLM WA 98433

☐ **Mail notices to:**

☑ **APPEAR FOR:** ARRAIGNMENT HEARING    Date: 03/05/19    Time: 10:00 AM
at Thurston County Superior Court, 2000 Lakeridge Dr SW, Bldg 2, Olympia WA 98502

ORDER ON CONDITIONS OF RELEASE (#ORECRP) Page 1 of 2

JON TUNHEIM
Thurston County Prosecuting Attorney
2000 Lakeridge Drive S.W.
Olympia, WA 98502
(360) 786-5540 Fax (360) 754-3358

19-1-00354-34

**CONDITIONS**
☑ Do not leave Washington State
☑ Do not possess weapons/firearms
☑ Do not violate the criminal law
☐ Make a payment prior to the next hearing
☐ Report to Pretrial Services prior to the next hearing
☐ Do not possess/consume any controlled substances without lawful prescription
☐ Do not drive without valid license, insurance and ignition interlock
☐ Any bail posted shall be applied to outstanding legal financial obligations
☐ No contact with any known drug users, dealers or manufacturers
☐ Provide proof of treatment to Pretrial Services prior to next hearing
☐ Other:

☑ Appear in court on three (3) days notice
☑ Maintain weekly contact with your attorney
☐ Do not possess/consume alcohol
☐ Report to the Clerk's Office prior to the next hearing
☐ Do not frequent any locations where children congregate

**Thurston County Public Defense: 360-754-4897**

☑ **NO CONTACT WITH:**
ANY MINOR CHILDREN

☑ **SUPERVISION:** Report within __1__ court day(s) by 3 p.m. to:
☑ Pretrial Services (360-754-2946) 2000 Lakeridge Dr SW, Bldg 2, Olympia
☐ Dept. of Corrections (360-459-6370) 3700 Martin Way, Suite 104, Olympia
Comply with all reporting conditions of the agency
☐ Submit to urinalysis and/or breath testing upon reasonable suspicion.

**Pretrial Services: 360-754-2946**

☐ **FINGERPRINTING:** The defendant shall immediately report to the Thurston County Jail and the Thurston County Sheriff shall, pursuant to RCW 10.98.050 initiate an arrest and fingerprint form.

**OTHER:**

☑ IF DEFENDANT FAILS TO APPEAR FOR ANY SCHEDULED COURT DATE OR FAILS TO COMPLY WITH CONDITIONS OF RELEASE, A BENCH WARRANT MAY BE ISSUED AND ADDITIONAL CRIMINAL CHARGES FILED.

DATE: 02/19/2019

*/s/ Nate Kortokrax/*
COMMISSIONER NATE KORTOKRAX

Copy Received:

*/s/*
QUENTIN MARCELL PARKER
Defendant

ORDER ON CONDITIONS OF RELEASE (#ORECRP)   Page 2 of 2

JON TUNHEIM
Thurston County Prosecuting Attorney
2000 Lakeridge Drive S.W.
Olympia, WA 98502
(360) 786-5540 Fax (360) 754-3358

```
19-1-00354-34
ORDSMWO         62
Order of Dismissal Without Prejudice
7942963
```

FILED
SUPERIOR COURT
THURSTON COUNTY, WA

2020 MAR 18  AM 9:51

Linda Myhre Enlow
Thurston County Clerk

## IN THE SUPERIOR COURT OF WASHINGTON
## IN AND FOR THURSTON COUNTY

STATE OF WASHINGTON,

                              Plaintiff,

    vs.

QUENTIN MARCELL PARKER,

PCN: 767386397

                             Defendant.

NO. 19-1-00354-34

MOTION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

**Clerk's Action Required**

**EX PARTE**

COMES NOW OLIVIA ZHOU, Deputy Prosecuting Attorney in and for Thurston County, State of Washington, and respectfully moves the Court for an order dismissing the above-entitled action against the defendant, on the grounds and for the following reasons: in the interest of justice.

_____
MEGAN A. WINDER, WSBA 42962
Deputy Prosecuting Attorney

## ORDER

Based upon the above and foregoing motion, the court now being fully advised in the premises, and good and sufficient cause appearing therefore, it is hereby

ORDERED that the above-entitled action is hereby dismissed without prejudice and the defendant, QUENTIN MARCELL PARKER, shall be released on this charge.

ORDERED that the bail posted with this court for the above-named defendant is hereby exonerated and shall be returned to the party(s) who posted said bail.

ORDERED that the Thurston County Clerk delete any warrant fees, fines and/or interests in the above-entitled cause. Bail/bond previously posted and returned to the person posting the same or to the bonding company

DATED THIS March 18, 2020

_____
JUDGE
Christine Schaller

MOTION & ORDER OF DISMISSAL WITHOUT PREJUDICE

JON TUNHEIM
Thurston County Prosecuting Attorney
2000 Lakeridge Drive S.W.
Olympia, WA 98502
(360) 786-5540 Fax (360) 754-3358