UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| QUENTIN M. PARKER and KATHERINE R. PARKER,<br><br>Plaintiffs,<br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>Defendants. | CASE NO. 3:21-cv-5258-BHS<br><br>ORDER GRANTING MOTION TO MODIFY ORDER SETTING JURY TRIAL AND PRETRIAL DATES |

This matter comes before the Court on Plaintiffs Quentin M. Parker and Katherine R. Parker's unopposed Motion to Modify Order Setting Jury Trial and Pretrial Dates, Dkt. 59. Pursuant to the parties' availability as defined in their respective filings, Dkts. 60–64, and the Court's own calendar, the Court sets a new trial date of March 14, 2023. The Clerk shall issue a new case schedule to correspond with this trial date.

**IT IS SO ORDERED.**

Dated this 16th day of March, 2022.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1