The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| QUENTIN M. PARKER and KATHERINE R. PARKER, husband and wife and the marital community thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF WASHINGTON; WASHINGTON STATE PATROL; CARLOS RODRIGUEZ, in his individual and official capacities; KRISTL POHL, in her individual and official capacities; DARRELL NOYES, in his individual and official capacities; TRAVIS CALTON, in his individual and official capacities; MAURICE RINCON, in his individual and official capacities; WILLIAM STEEN, in his individual and official capacities; JAMES TAYLOR, in his individual and official capacities; CITY OF OLYMPIA, a municipality; AARON FICEK, in his individual and official capacities; OPERATION UNDERGROUND RAILROAD, INC., a foreign non-profit corporation; THURSTON COUNTY, a municipality and subdivision of the State of Washington; SHAWN HORLACHER, a former Thurston County Deputy Prosecutor, in his individual and official capacities.<br><br>Defendants. | NO.  **3:21-cv-05258-BHS**<br><br>ORDER DENYING DEFENDANTS THURSTON COUNTY AND SHAWN HORLACHER'S MOTION FOR SUMMARY JUDGMENT<br><br>[PROPOSED]<br><br>NOTE FOR CONSIDERATION:<br>**Friday, May 26, 2023** |

ORDER DENYING DEFENDANTS THURSTON COUNTY AND SHAWN HORLACHER'S MOTION FOR SUMMARY JUDGMENT- 1 [PROPOSED]
3:21-CV-05258-BHS

THE LAW OFFICE OF
CHARLES W. LANE, IV, P.L.L.C.
1800 COOPER POINT RD, SW, BLDG #3
OLYMPIA, Washington, 98502
FACSIMILE (360) 956-3391
(360) 352-8887

THIS MATTER came before the Court on Defendants Thurston County and Shawn Horlacher's Motion for Summary Judgment. The court considered the files and records herein, including specifically all documents filed in connection with the Motion for Summary Judgment and responses thereto.

These materials show that there is a genuine issue as to material fact regarding the Plaintiff's claims. Now, therefore,

It is **ORDERED** that the Defendants' Motion for Summary Judgment is granted as to the negligence claim and DENIED for the remaining claims for Fourth Amendment seizure and Defamation. Those claims will proceed to trial.

DONE IN OPEN COURT this _____ day of May 2023.

_____
HON. BENJAMIN H. SETTLE

Presented by:

*s/ Charles W. Lane, IV*
Charles W. Lane, IV, WSBA# 25022
Attorney for Plaintiff

ORDER DENYING DEFENDANTS THURSTON COUNTY
AND SHAWN HORLACHER'S MOTION FOR
SUMMARY JUDGMENT- 2 [PROPOSED]
3:21-CV-05258-BHS

THE LAW OFFICE OF
CHARLES W. LANE, IV, P.L.L.C.
1800 COOPER POINT RD, SW, BLDG #3
OLYMPIA, Washington, 98502
FACSIMILE (360) 956-3391
(360) 352-8887

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused the foregoing documents to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 15th day of May 2023, in Olympia, WA.

Franklin Wilson
Paralegal & Licensed Investigator

ORDER DENYING DEFENDANTS THURSTON COUNTY
AND SHAWN HORLACHER'S MOTION FOR
SUMMARY JUDGMENT- 3 **[PROPOSED]**
**3:21-CV-05258-BHS**

THE LAW OFFICE OF
CHARLES W. LANE, IV, P.L.L.C.
1800 COOPER POINT RD, SW, BLDG #3
OLYMPIA, Washington, 98502
FACSIMILE (360) 956-3391
(360) 352-8887